1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

11

CHRISTINA M. ADAMS AND SARAH
GABANY, ON BEHALF OF THEMSELVES
AND ALL OTHERS SIMILARLY
SITUATED,

Plaintiffs,

vs.

ALLIANCEONE RECEIVABLES
MANAGEMENT, INC.,

Defendant.

Case No.: 08 CV 0248 JAH WVG

**ORDER GRANTING JOINT MOTION
FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT AND
PERMITTING FILING OF THIRD
AMENDED COMPLAINT**

**[DKT. NOS. 109, 112]**

19

/ / /

20

/ / /

21

/ / /

22

/ / /

23

/ / /

24

/ / /

25

/ / /

26

27

28

08cv0248

1    Before the Court is a "Joint Motion for Preliminary Approval of Class Action

2    Settlement" (the "Motion") in *Christina M. Adams, et al., vs. AllianceOne Receivables*

3    *Management, Inc.*, Case No. 08-CV-0248 JAH WVG (the "Litigation").[1]  Plaintiffs, in their

4    operative Second Amended Complaint in the Litigation, assert claims for damages on behalf of a

5    class of individuals who allegedly were called by defendant AllianceOne Receivables

6    Management, Inc. ("AllianceOne") using autodialing equipment and an artificial or prerecorded

7    voice, without the individuals' prior express consent, in violation of the Telephone Consumer

8    Protection Act ("TCPA").  Defendants have denied liability and damages.  The parties seek

9    approval of a settlement, the terms of which are set forth in the Stipulation of Settlement filed

10   with the Motion ("Stipulation of Settlement").

11   Having reviewed the Motion, the memorandum of points and authorities and other

12   documents filed in support thereof, including the Stipulation of Settlement, and the declarations

13   and documents filed herewith, and good cause appearing therefor, the Court hereby **GRANTS** the

14   Motion, (Dkt. Nos. 109, 112), and preliminarily approves the proposed Settlement set forth in the

15   Stipulation of Settlement and makes the findings and grants the relief set forth below.

16   Accordingly, **IT IS HEREBY ORDERED** that:

17   1.    <u>Terms</u> – The capitalized terms in this Order shall be deemed to have the

18   same meaning as defined in the Stipulation of Settlement.

19   2.    <u>Preliminary Certification of the Class</u> – The Court preliminarily finds that

20   the Class proposed by the Parties is so numerous that joinder of all members is impracticable, that

21   there are questions of fact and law common to the Class and that those questions predominate

22   over any questions affecting only individual members, that the claims of the Class

23   Representatives are typical of the claims of the Class, that the Class Representatives will fairly

24   and adequately protect the interests of the Class, and that class treatment is superior to individual

25   resolutions. Fed. R. Civ. P. 23(a), (b)(3).  In light of these findings, preliminarily and solely for

26   purposes of the Settlement, the Court certifies this Litigation as a class action pursuant to Fed. R.

27   _____

28   [1]  While the Motion is styled as a joint motion, the Court construes it as a noticed motion and, as such, duly considers
defendant AllianceOne Receivables Management, Inc.'s notice of non-opposition to the motion.  (<u>See</u> Dkt. No. 109.)

1   Civ. P. 23(a) and (b)(3).  The Class consists of:

2

3   > all persons within the United States to whom any telephone calls were
    > made by AllianceOne or any of the other Released Parties between
    > February 8, 2004 and November 30, 2010 to such person's cellular
4   > telephone, paging service, specialized mobile radio service, other radio
    > common carrier service or any service for which the called party is charged
5   > for the call, through the use of any automatic telephone dialing system
    > which has the capacity to store or produce numbers (whether or not such
6   > capacity was used), including, without limitation, an automated dialing
    > machine dialer, auto-dialer or predictive dialer, or an artificial or
7   > prerecorded voice, without such person's prior express consent; provided,
    > however, that the Class shall not include:  (a) the officers, directors, and
8   > employees of AllianceOne, the members of the immediate families of the
    > foregoing, and their respective legal representatives, heirs, successors and
9   > assigns; (b) the officers, directors and employees of any parent, subsidiary
    > or affiliate of AllianceOne, and the members of the immediate families of
10  > the foregoing; and (c) Counsel for AllianceOne and Class Counsel and the
    > members of their respective immediate families.

11

12  Also excluded from the Class is any potential Class Member who requests exclusion from the

13  Class in a timely and proper manner, as provided below.

14          3.      <u>Appointment of Class Representatives</u> – The Court preliminarily finds that

15  Plaintiffs Christina M. Adams and Sarah Gabany, and additional class representative Michael D.

16  Messner all have claims typical of Class Members and that these individuals will fairly and

17  adequately represent the interests of the Class.  Consequently, the Court, preliminarily and solely

18  for purposes of the Settlement, appoints Christina M. Adams, Sarah Gabany, and Michael D.

19  Messner as Class Representatives.

20          4.      <u>Appointment of Class Counsel</u> – The Court preliminarily finds that Joshua

21  B. Swigart of Hyde & Swigart and Douglas J. Campion of The Law Offices of Douglas J.

22  Campion will fairly and adequately represent the interests of the Class.  Consequently,

23  preliminarily and solely for purposes of this Settlement, the Court appoints Joshua B. Swigart of

24  Hyde & Swigart and Douglas J. Campion of The Law Offices of Douglas J. Campion as Class

25  Counsel.

26          5.      <u>Fairness of the Settlement</u> – The Court preliminarily finds that:

27  (a)     the proposed Settlement resulted from arm's-length negotiations;

28  (b)     the Settlement was reached after an extensive mediation and subsequent

1   discussions and negotiations among experienced counsel;

2           (c)     the respective counsel for each of the Parties were well-informed by

3   investigation and discovery about the merits of the claims and defenses in the Litigation;

4           (d)     the Settlement is sufficiently fair, reasonable and adequate to warrant

5   preliminary approval and to require dissemination of notice of the Settlement to the Settlement

6   Class.

7           (e)     the Parties are hereby authorized to utilize all reasonable procedures in

8   connection with the administration of the Settlement that are consistent with this Order or the

9   terms of the Stipulation of Settlement and to comply with its terms.

10          6.      Approval of the Settlement Administrator – The Court approves the

11  appointment of Gilardi & Co. as the Settlement Administrator.  The Settlement Administrator is

12  ordered to perform the tasks specified in the Stipulation of Settlement, including but not limited

13  to Sections 8.2-8.4 (Notice to the Class and Certification of Class Notice), 8.5 (handling of

14  Administrative Expenses), and 8.6, 10, and 11 (handling of Requests for Exclusion and

15  Objections).

16          7.      Class Action Fairness Act Notices - Pursuant to the Class Action Fairness

17  Act of 2005, AllianceOne shall cause the Settlement Administrator to serve notice of the

18  Preliminary Approval of this Settlement on the U.S. Attorney General and the Attorney General

19  of each state.  A declaration shall be filed with the Court not less than ten (10) days prior to the

20  Fairness Hearing confirming such Notice has been provided.

21          8.      Notice to the Class – The Court has been presented with and has reviewed

22  the details of the following exhibits attached to the Stipulation: Exhibit B - a proposed form of

23  Direct Mail Notice; Exhibit C – an exemplar of a banner to be used in the proposed form of

24  Internet Notice process; Exhibit D – a proposed form of Publication Notice; Exhibit E - the

25  Notice Q & A Form to be posted on the Settlement Website; and Exhibit G - the Press Release

26  designed to provide additional exposure of the Notice.  With respect to notice:

27          a.      The Court finds that the content and proposed methods for mailing

28  of the Direct Mail Notice, publication of the Publication Notice, posting of the Notice Q & A

1    Form on the Settlement Website, distribution of the Press Release and dissemination of the

2    Internet Notice will fairly and adequately (i) describe the terms and effect of the Stipulation of

3    Settlement and the Settlement, (ii) notify the Class that Class Counsel will seek compensation for

4    the Class Representatives and an award of attorneys' fees and costs to be payable from the

5    Settlement Fund, (iii) give notice to the Class of the time and place of the Fairness Hearing, and

6    (iv) describe how Class Members may exclude themselves from the Class or object to the

7    Settlement.

8          b.      The Court finds that the mailing of the Direct Mail Notice,

9    publication of the Publication Notice, dissemination of information to Class Members through the

10   Settlement Website, Press Release and Toll-Free Number, and dissemination of the Internet

11   Notice meet the requirements of Rule 23 of the Federal Rules of Civil Procedure and due process,

12   constitute the best notice practicable under the circumstances, and constitute due and sufficient

13   notice to all persons and entities entitled thereto.

14         c.      The Court orders that the Parties shall cause the Class Notice to be

15   disseminated as described in Sections 8.3, 8.4 and 8.4.1 of the Stipulation of Settlement, as

16   follows:

17         i.      AllianceOne has provided or will provide to the Settlement Administrator

18   and to Class Counsel in electronically searchable and readable format, a Notice Database

19   containing Class Members' account information for the 6,079,411 Class Members for whom such

20   information is available, to the extent required to provide Notice and administer the Settlement.

21         ii.     No later than thirty (30) days after entry of this Preliminary Approval

22   Order, or as soon as practicable thereafter, the Parties shall cause the Direct Mail Notice, with

23   such non-substantive modifications thereto as may be agreed upon by the Settling Parties, to be

24   mailed by the Settlement Administrator, in postcard form, postage prepaid, to the address of each

25   Class Member contained in the Notice Database, and to conduct such searches for any persons

26   whose addresses are missing or not current, in accordance with the Stipulation of Settlement.  If

27   the Direct Mail Notice to any person is returned as undeliverable, and if a new or updated address

28   is obtained for such person after the first mailing, the Settlement Administrator shall mail a

1  second Direct Mail Notice to such new or updated address no later than thirty-five (35) days after

2  the original Direct Mail Notice was mailed, or as soon as practicable thereafter.

3          iii.     No later than thirty (30) days after entry of this Preliminary Approval

4  Order, or as soon as practicable thereafter, the Parties shall cause a Publication Notice,

5  substantially in the form attached to the Stipulation of Settlement as Exhibit C, to be published

6  once, on a nationwide basis, in a national edition of USA Today on any day from Monday

7  through Thursday. The date of publication of that Publication Notice shall start the 75 day Claim

8  Period, as set forth in the Stipulation of Settlement, § 1.5.  The Publication Notice also shall be

9  published and posted on the Settlement Website.

10          iv.     From the date the Direct Mail Notice is first mailed through the Effective

11  Date, or such later time period, not to exceed ninety (90) days after the Effective Date or as the

12  Settlement Administrator deems appropriate, the Parties shall cause the Settlement Administrator

13  to establish and maintain the Settlement Website to allow visitors to access the Direct Mail

14  Notice, the Stipulation of Settlement and its exhibits, the Press Release, this Order and the Notice

15  Q&A Form as provided in the Stipulation of Settlement, the Final Order Approving the

16  Settlement once entered, and such other documents as the Parties and /or the Settlement

17  Administrator deems helpful or necessary for administering the settlement.  The Settlement

18  Website shall provide the Toll-Free Number and the Settlement Administrator shall provide for

19  telephonic and online submission of claims.  Claims may also be submitted in writing by mail to

20  the Settlement Administrator.  The Toll-Free Number shall also be maintained and operational as

21  set forth in the Stipulation of Settlement from the date the Direct Mail Notice is first mailed at

22  least through the Effective Date, or such longer period as the Claims Administrator deems

23  necessary.

24          v.     No later than thirty (30) days after entry of this Preliminary Approval

25  Order, or as soon as practicable thereafter, the Settlement Administrator shall cause Internet

26  Notice to be disseminated by means of sponsored links on major search engines and banner

27  advertising, as set forth in the Stipulation of Settlement.

28          vi.     Not less than ten (10) days prior to the Fairness Hearing, Class Counsel

08cv0248

shall file or cause to be filed with the Court a declaration from the Settlement Administrator certifying that Class Notice has been provided as set forth in this Order, and shall serve on Counsel for AllianceOne a copy of the declaration filed with the Court.

9.    Application for Attorneys' Fees – Pursuant to § 6.3 and § 12 of the Stipulation of Settlement, Class Counsel shall file any application for an award of attorneys' fees, costs or expenses no later than 20 days prior to the last day of the Claim Period.  To the extent Class Counsel is unable to or prevented from filing the application for an award of attorneys' fees, costs, and expenses by this deadline, the application shall be filed at such later time that permits Class Members a reasonable time to submit Objections to the application in advance of the Fairness Hearing.  Supplemental briefs about attorneys' fees and costs may be filed by Class Counsel as they deem necessary, after the end of the Claims Period, and after the deadline for exclusions and objections, but no later than five (5) days prior to the Fairness Hearing.

10.    Deadline for Submission of Settlement Claims – All Settlement Claims must contain the information contained in Sections 9.4 and 9.5 of the Stipulation of Settlement and must be submitted no later than the last day of the 75 day Claim Period.

11.    Payment of Notice Expenses – Defendant shall pay into the Settlement Fund Account the estimated Notice Expenses as set forth in Section 5.1.2 of the Stipulation of Settlement.  The remaining Administrative Expenses associated with dissemination of the Class Notice shall be paid from the Settlement Fund as described in Section 8.5 of the Stipulation of Settlement.  Such Notice Expenses and other Administrative Expenses shall be part of and not in addition to the Maximum Payment, as set forth in Section 5.1.1 of the Stipulation of Settlement.

12.    Fairness Hearing – A hearing is scheduled for **August 27, 2012 at 2:30 p.m.** (the "Fairness Hearing") to determine, among other things:

a.    Whether the Settlement is fair, reasonable and adequate and should finally be approved;

b.    Whether the Final Approval Order should be entered, dismissing the Litigation with prejudice and releasing the claims as set forth in the Stipulation of Settlement;

c.    Whether the application for attorneys' fees, costs and expenses filed

by Class Counsel should be approved;

        d.     Whether the request for incentive awards to the Class Representatives should be approved;

        e.     Whether the Administrative Expenses specified in the Stipulation of Settlement should be approved for payment from the Settlement Fund;

        f.     Whether the Class Notice was performed  as directed by this Court;

        g.     Whether the Settlement Fund shall be established as set forth in the Stipulation of Settlement and claims paid therefrom;

        h.     Whether a *cy pres* award will be necessary under the terms of the Settlement; and

        i.     Such other matters as may properly come before the Court.

        13.     <u>Objections to the Settlement</u> – Any Class Member, other than the Plaintiffs and Class Representatives, who wishes to object to the fairness, reasonableness or adequacy of the Settlement, to any term of the Stipulation of Settlement, to the proposed award of attorneys' fees and expenses to Class Counsel, or the proposed incentive award payments to the Class Representatives, may file an objection.  To object, a Class Member must mail to the Court, with a copy to the Settlement Administrator, a written statement of objection no later than ten (10) days after the last day of the Claim Period.  The statement of objection must set forth the specific reason(s) for the Class Member's objection, including any legal support the Class Member wishes to bring to the Court's attention and any evidence the Class Member wishes to introduce in support of the objection.  A Class Member may object either on his or her own or through an attorney hired at the Class Member's expense.  Any Class Member who objects, as described herein, may appear at the Fairness Hearing, either in person or through personal counsel hired at the Class Member's expense.  A Class Member or his or her attorney intending to make an appearance at the Fairness Hearing must: (a) file a notice of appearance with the Court no later than ten (10) days prior to the Fairness Hearing; and (b) serve a copy of such notice of appearance on both Counsel for Defendant and Class Counsel.  Any Class Member who fails to comply with the provisions of this Section shall waive and forfeit any and all rights the Class Member may

1    have to appear separately and/or to object, and shall be bound by all the terms of the Stipulation

2    of Settlement and by all proceedings, orders, and judgments in the Litigation.

3            14.    <u>Requests for Exclusion from the Class</u> – Any Class Member, except for the

4    Plaintiffs and Class Representatives, may request to be excluded from the Class.  To request

5    exclusion from the Class, a Class Member must mail a written Request for Exclusion to the

6    address of the Settlement Administrator (as provided in the Class Notice), which must be

7    personally signed by the Class Member, and postmarked no later than ten (10)  days after the last

8    day of the Claim Period.  Requests for Exclusion must contain the Class Member's full name,

9    address, and telephone number.  Any Class Member who does not timely submit a valid Request

10   for Exclusion shall be bound by the proceedings, orders, and judgments in the Litigation, even if

11   he or she has pending, or subsequently initiates, litigation against AllianceOne or any of the other

12   Released Parties relating to the Released Claims.  A Class Member who submits a valid Request

13   for Exclusion will be excluded entirely from the Class and, therefore, from participation in the

14   Settlement.  All Class Members agree that the satisfaction and release of all the Released Claims

15   against AllianceOne and the other Released Parties, as well as entry of the Final Approval Order,

16   shall be binding upon all Class Members.  The Settlement Administrator or the Parties shall file

17   with the Court in connection with the Parties' motion for final approval of the Settlement all

18   Requests for Exclusion that are received from Class Members.

19           15.    <u>Forwarding of Objections and Requests for Exclusion</u> – Class Counsel and

20   Counsel for Defendants shall promptly furnish each other and the Settlement Administrator with

21   copies of any and all Objections or requests for Exclusion that come into their possession.

22           16.    <u>Binding Effect on the Class</u> – Upon entry of a Final Approval Order, all

23   Class Members who have not validly requested to be excluded from the Class in accordance with

24   the conditions set forth above shall be bound by all determinations and judgments in the

25   Litigation, whether favorable or unfavorable.

26           17.    <u>The Settlement Fund</u> – If the Court enters a Final Approval Order, the

27   amount of the Settlement Fund of $9,000,000 not previously provided to the Settlement

28   Administrator for Notice Expenses as defined in the Stipulation at Section 1.33 shall be paid into

1   the Settlement Account pursuant to the Stipulation of Settlement and distributed after the

2   Effective Date in accordance with the terms of the Stipulation of Settlement.  The contents of the

3   Settlement Fund shall be deemed and considered to be *in custodia legis* of the Court, and shall

4   remain subject to the jurisdiction of the Court, until such time as the contents of those funds shall

5   be distributed pursuant to the Stipulation of Settlement and/or further order(s) from the Court.

6   The Settlement Fund shall be deemed to be a "qualified settlement fund" as set forth in Section 13

7   of the Stipulation of Settlement.  There shall be no distribution of the Settlement Fund until the

8   Effective Date, as defined in the Stipulation of Settlement.  The Settlement Fund is established

9   exclusively for the purposes of: (a) Settlement Awards to Qualified Class Members; (b) all Taxes

10  and tax-related expenses; (c) any incentive awards to Class Representatives; (d) all

11  Administrative and Notice Expenses incurred but not previously paid to the Settlement

12  Administrator; (e) any attorneys' fees and costs of Class Counsel; and (f) any *Cy Pres*

13  Distribution.

14      18.     Leave to File Third Amended Complaint - Plaintiffs are granted leave to

15  file a Third Amended Complaint, substantially in the form attached to the Stipulation of

16  Settlement as Exhibit F, that includes the agreed-upon definition of the class and the additional

17  Class Representative Michael D. Messner.

18      19.     Stay of this Litigation – All discovery and pretrial proceedings in this

19  Litigation are stayed and suspended until further order of this Court.

20      20.     Prohibition on Related Claims – Pending the final determination of the

21  fairness, reasonableness, and adequacy of the Settlement set forth in the Stipulation of Settlement,

22  neither Plaintiffs nor any Class Member, either directly, representatively, or in any other capacity,

23  shall institute, commence, or prosecute any of the Released Claims in any action or proceeding in

24  any court or tribunal against any of the Released Parties.

25      21.     Use of the Settlement and Stipulation of Settlement – Neither the

26  Stipulation of Settlement nor the Settlement contained therein, nor any act performed or

27  document executed pursuant to or in furtherance of the Stipulation of Settlement or the Settlement

28  (i) is or may be deemed to be, or may be used as an admission of, or evidence of, the validity or

1    lack thereof of any Released Claim, or of any wrongdoing or liability of any of the Released

2    Parties, or (ii) is or may be deemed to be, or may be used as an admission of, or evidence of, any

3    fault or omission of any of the Released Parties, in any civil, criminal, or administrative

4    proceeding in any court, administrative agency, or other tribunal.

5                   22.    <u>Termination of the Settlement</u> – If the Settlement is terminated in

6    accordance with the Stipulation of Settlement, this Order shall become null and void, and shall be

7    without prejudice to the rights of the Parties, all of whom shall be restored to their respective

8    positions as though the Parties never executed the Stipulation of Settlement, except for any

9    amounts for Notice Expenses actually incurred to provide notice, as described in Section 8.7.2 of

10   the Stipulation of Settlement, which amounts shall be retained by the Settlement Administrator.

11                  23.    <u>Continuance of Deadlines and Hearings</u> – The Court may, for good cause,

12   extend any deadlines set forth in this order without further notice to Class Members.  The Court

13   likewise may adjourn or continue the Fairness Hearing and related matters, including the

14   consideration of the application for attorneys' fees and reimbursement of litigation expenses,

15   without further notice to Class Members other than the Class Representatives.

16                  24.    <u>Jurisdiction</u> – The Court retains exclusive jurisdiction over the Litigation to

17   consider all further matters arising out of or connected with the Settlement.

18                  25.    <u>Preliminary Approval Hearing</u> – The hearing currently set for April 23,

19   2012, at 2:30 p.m. is **VACATED**.

20           **SO ORDERED.**

21   Dated:  April 18, 2012

     JOHN A. HOUSTON
22   United States District Judge

23

24

25

26

27

28