Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:  (619) 233-7770
Facsimile:   (619) 297-1022

Douglas J. Campion (SBN: 75381)
**Law Offices of Douglas J. Campion**
409 Camino Del Rio South, Suite 303
San Diego, CA 92108
Telephone:  (619) 299-2901
Facsimile:   (619) 858-0034

Attorneys for Plaintiffs and the Settlement Class

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA M. ADAMS AND SARAH GABANY, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFFS,<br><br>VS.<br><br>ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,<br><br>DEFENDANT. | Case No.: 08-CV-0248 JAH(WVG)<br><br>CLASS ACTION<br><br>DECLARATION OF SARAH GABANY IN SUPPORT OF JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Date:  August 27, 2012<br>Time:  2:30 p.m.<br>Ctrm: 11<br><br>THE HON. JOHN A. HOUSTON |

Decl. of Sarah Gabany in Support of Final Approval      - 1 of 3 -      08-CV-0248 JAH(WVG)

1. I, Sarah Gabany, am the Plaintiff in this action, and was approved in the Court's April 23, 2012 Preliminary Approval Order to serve as Class representative in this action. I submit this declaration in support of the Joint Motion for Final Approval of the Class Action settlement. If called as a witness, I would competently testify to the matters herein from personal knowledge.

2. I have participated in the litigation of this action throughout the case as detailed in the declaration I filed in support of the motion for attorneys' fees and incentive payment to be heard at the time of the final approval motion. I have discussed the terms of the settlement with Class Counsel prior to the entry of the Preliminary Approval Oder and understand those terms. I have read and signed the Settlement Agreement filed in support of Preliminary Approval. I support the final approval of this settlement and believe the settlement is fair and reasonable.

3. I understand that 65,327 of the 5,630,166 Class Members filed claims. Because the amount to be paid out in claims will be paid on a pro rata basis, each of the claimants will divide the entire amount remaining in the Settlement Fund, after deducting attorneys' fees and costs of litigation and any incentive payment awarded by the Court. As a result, each claimant will receive an amount substantially higher than they would have received if more claims had been filed.

4. I understand that no objections have been filed or received opposing any part of the settlement, at the time of the filing of this motion for final approval. I also understand that 41 persons, to date, have requested to be excluded from the settlement. As a result, I feel that is a further indication of the merits of the settlement and is a reason for granting final approval.

I declare under penalty of perjury under the laws of the State of California, and the laws of the United States, that the foregoing is true and correct and that this declaration was executed at San Diego, California, on July 30, 2012.

*Sarah Gabany*