UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA M. ADAMS AND SARAH GABANY, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>ALLIANCEONE RECEIVEABLE MANAGEMENT, INC.,<br><br>　　　　　Defendant. | Case No.: 08 CV 0248 JAH WVG<br><br>CLASS ACTION<br><br>**DECLARATION OF TRICIA M. SOLORZANO ON BEHALF OF SETTLEMENT ADMINISTRATOR REGARDING NOTICE AND CLAIMS PROCESS IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing Date:　August 27, 2012<br>Time:　　　　2:30 p.m.<br>Hon.　　　　 John A. Houston<br>Courtroom:　 11 |

I, Tricia M. Solorzano, hereby declare as follows:

　　　1.　　I am employed as a case manager by Gilardi & Co. LLC ("Gilardi"), located at 3301 Kerner Boulevard, San Rafael, California. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

　　　2.　　Over the course of the 28 years since its inception, Gilardi has provided settlement administration services in thousands of class action cases, including more than 20 years of experience administering settlements on behalf of the Federal Trade Commission.

3. Gilardi was retained to, among other tasks, prepare and execute the approved Notice plan in this matter, which includes: (i) establishing the Settlement Website, (ii) delivering the Notice to Settlement Class members via U.S. mail, and (iii) providing call center support. Gilardi was also retained to provide claims administration, including receiving and paying claims.

4. Gilardi was also retained to send the Class Action Fairness Act ("CAFA") notices to the fifty attorneys general and the U.S. Attorney General in this matter. This notice was mailed out on March 5, 2012. In addition to the letter, a CD containing the documents listed on the letter in a pdf format was included in the mailing to each recipient. To date, we have had no objections from service of that CAFA notice.

5. I oversaw the settlement administration services Gilardi provided in this matter. True and correct copies of the Settlement Notice, Postcard Notice, and Claim Form are attached hereto as Exhibits A, B, and C, respectively. In doing so, I reviewed the Court's Preliminary Approval Order entered April 23, 2012 and the Stipulation of Settlement and Release entered into by the Parties. The notice plan in this case complied with these documents and the relevant Court orders.

6. Gilardi, through its in-house advertising agency, Larkspur Design Group (LDG), caused the Summary Notice to be published in the May 23, 2012 edition of USA Today. A true and correct copy of the Summary Notice, as printed in the publication, is attached hereto as Exhibit D.

7. On May 23, 2012, LDG released a press release over PR Newswire's US1 National Newsline. The US1 National Newsline provides the press release to thousands of media outlets across the country, including national and local newspapers, websites, and television and radio stations. A true and correct copy of the press release is attached hereto as Exhibit E. LDG conducted a targeted online advertising campaign. The campaign included Google AdWords Sponsored Links which have as of July 18, 2012 generated 3,523,927 impressions and PulsePoint Contextual Banner Display Ads which have as of July 18, 2012 generated 10,390,273 impressions. An impression (in the context of online advertising) is a measure of the number of times an ad is visible to someone viewing the website, whether it is clicked on or not. Each time an ad is displayed to a visitor it is counted as one impression.

8. Gilardi received 6,079,411 records from the Defendants containing the names and

addresses of Settlement Class members. From this data, Gilardi created a master mailing list. Prior to mailing of the Postcard Notices, the names and addresses on the master mailing list were processed through the National Change of Address ("NCOA") database to update any change of address on file with the United States Postal Service ("USPS"). In that Notice Database, there were 620,356 records that did not have any address information. Gilardi also ran a reverse phone number search for those 620,356 records, and found addresses for 301,803 of those records. In addition, Gilardi removed 279,538 duplicate records so that each potential Class member received only one notice, and further removed 169,707 incomplete address records from the master mailing list. Therefore, we had addresses for all but 488,260 persons in the Notice Database.

9. On May 23, 2012 Gilardi mailed 5,627,963 Postcard Notices to all Settlement Class members on the master mailing list.

10. On May 23, 2012, Gilardi caused a copy of the Notice and Claim Form to be posted on the Internet at the following URL: www.allianceonesettlement.com (the "Settlement Website"). The Settlement Website will remain active until all Valid Claims are paid in this action. On the Settlement Website, Settlement Class members may view and print copies of the Postcard Notice, Long Form Notice and Frequently Asked Questions, Claim Form, Preliminary Approval Order, Settlement Agreement, and court documents relating to the Fee Motion. In addition to viewing these documents, Settlement Class members may electronically file a Claim.

11. As of July 27, 2012, Gilardi has received 45,294 electronically filed Claims via the Settlement Website. On May 23, 2012, Gilardi established a toll free telephone number, (888) 213-7648, that Settlement Class members may call to listen to answers to Frequently Asked Questions, request that a Claim Form or Notice packet be mailed to them, or file a Claim over the phone.

12. As of July 27, 2012, Gilardi has received 20,557 Claims filed over the phone.

13. Of those claims, as of July 27, 2012, 4,428 were claims filed by persons who were not on the Class list (designated as "Unknown Claims" in our Weekly Reports) but were filed by persons that declared under penalty of perjury that they were called by AllianceOne during the Class Period and they provided the cell phone number called. These claims are permitted under Section 9.4 of the Settlement

3

Agreement.

14. Also, as of July 27, 2012, there were 49 persons that attempted to file a claim but were listed on the List of Excluded Numbers so their claims were denied.

15. Since mailing the Postcard Notice to the Settlement Class members, Gilardi has received 1,305,946 unique Postcard Notices returned by the USPS with undeliverable addresses. Gilardi performed a "skip trace" search for these Class members and found 1,133,498 new addresses. Gilardi then re-mailed Postcard Notices to the updated addresses, bringing the total of direct mail postcards to valid addresses to 5,457,718 Class Members, almost 97% of the 5,627,963 Class Members on the Notice List as cleaned up by our office.

16. The post-mark deadline for Settlement Class members to submit a Claim is August 6, 2012. As of July 27, 2012, Gilardi has received 1,050 Claims filed by mail.

17. Of those claims, as of July 27, 2012, 837 were claims filed by persons who were not on the Class list but were filed by persons that declared under penalty of perjury that they were called by AllianceOne during the Class Period and they provided the cell phone number called. These claims are permitted under Section 9.4 of the Settlement Agreement.

18. As of July 27, 2012, there is a total of 66,901 Claims received either by mail, phone, or online filing. A declaration containing all claims filed during the Claims Period ending August 6, 2012 will be filed prior to the August 27, 2012 hearing. The breakdown of these Claims is as follows:

- There are 2,843 duplicate Claims.
- The number of valid claims submitted to date is 64,058.

19. There are 402 unresolved deficient Claims whose deficiency response deadline has not passed and are currently being considered valid for the purpose of this declaration.

20. I understand the claims are to be paid from the Settlement Fund. I also understand the Settlement Fund will be used for paying Notice and Administrative Expenses, attorneys' fees and costs, Class Representatives' Awards, and other expenses, all as approved by the Court. The Settlement Fund will be used to pay Class Members that file approved claims $40.00 per approved Class Member claim (unless the amount of approved claims exceeds the Fund, and then the claims will be paid on a *pro rata*

4

basis).

21. The post-mark deadline for submitting a Request for Exclusion is August 16, 2012. To date, Gilardi has received 39 timely Requests for Exclusion. True and correct copies of the Requests for Exclusion Gilardi received are attached hereto as Exhibit F. Of the 39 exclusions received, one cannot be identified as a known class member in this settlement. A declaration updating the number of requests for exclusion will be filed prior to the August 27, 2012 hearing.

22. The deadline to file objections with the Court is August 16, 2012, ten days after the Claims Deadline. To date, Gilardi has not received any objections to the Settlement. A declaration updating the number of objections will be filed prior to the August 27, 2012 hearing.

23. I have submitted an invoice to Class Counsel which includes all of Gilardi's costs and services rendered in this case through the completion of the claims administration. That amount is $2,517,945.45. I understand that Class Counsel will be submitting the invoice to the Court for approval.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of July, 2012, at San Rafael, California pursuant to the laws of the United States.

_____
TRICIA M. SOLORZANO