# EXHIBIT B

AllianceOne Cellphone Settlement
c/o Gilardi & Co. LLC
P.O. Box 808012
Petaluma, CA 94975-8012

2D

## LEGAL NOTICE

**Adams, et al., v. AllianceOne Receivables Management, Inc.**

Case No. 08-CV-0248 JAH WVG

**If You Received a Cellphone or Pager Call from AllianceOne Using An Automatic Telephone Dialing System Between February 8, 2004 and November 30, 2010 Your rights could be affected by a class action settlement**

A settlement has been proposed in a lawsuit called *Adams, et al., v. AllianceOne Receivables Management, Inc.* (Case No. 08-CV-0248), which is pending in the United States District Court for the Southern District of California ("Court").

**Who Is Included?**

You are included in the Settlement as a "Class Member" if (1) you live in the United States and (2) you received one or more calls between February 8, 2004 and November 30, 2010 from AllianceOne Receivables Management, Inc. ("AllianceOne") to your cellular telephone, paging service, specialized mobile radio service, other radio common carrier service, or any service for which the called party is charged for the call ("cellphone") and (3) the call or calls were made using an automatic telephone dialing system or an artificial or prerecorded voice and (4) you did not give prior consent to allow AllianceOne to call your cellphone.

**ALINC**



Postal Service: Please Do Not Mark Barcode
ALINC-<<Claim8>>-<CkDig>>

**Claim ID Number: <<Claim8>><<ChkDgt>>**

<<First Name>> <<Last Name>>
<<Address>> <<Address2>>
<<City>>, <<St>> <<Zip>>

**What Is The Case About?:** The lawsuit claims that AllianceOne violated a law called the Telephone Consumer Protection Act by calling cellphones without prior express consent using an automated telephone dialer during the Class Period. See. 47 U.S.C. § 227. AllianceOne denies that it did so and the lawsuit denies doing anything wrong.

**Summary of the Settlement:** Under the Settlement, which must be approved by the Court, AllianceOne has agreed to pay $9,000,000 into a Settlement Fund. After paying incentive awards to the class representatives, certain administrative expenses, and attorneys' fees that the court will be asked to approve (which will not be more than 30% of the $9,000,000), and after paying the Class costs of litigating this lawsuit, and after paying a donation to a charitable organization of up to $1,000,000 if the total awards to Class Members do not reach $1,000,000, the remainder of the Settlement Fund will be paid to Class Members who file claims. If insufficient claims are filed to exhaust the Settlement Fund, the remainder will be returned to AllianceOne. The details of the Settlement terms can be found at **www.AllianceOnesettlement.com** or by calling **(888) 213-7648**.

**Can I Get Money from the Settlement?** Yes, if you are approved as a Class Member you will be entitled to a portion of the Settlement Fund. How much each approved Class Member receives will depend on how many people make claims that are approved. **The maximum amount that any approved Class Member can get from the Settlement Fund is $40.**

**How Do I Make A Settlement Claim?** You can make a claim by either: 1) calling **(888) 213-7648**, 2) by making a claim online at www.AllianceOnesettlement.com; or 3) by mailing a claim to the address of the Settlement Administrator Gilardi & Co. LLC shown below. To make a claim, you will be required to provide 1) your name; 2) your address; 3) the eight digit Claim ID number found on the reverse side of this postcard, if you were mailed the postcard; and 4) if necessary to avoid conflicting claims, the last four digits of your social security number to confirm your identity. If you cannot be identified by the above information, you will also be asked to provide your cell phone number called and to affirm that you received a call to your cell phone from AllianceOne made by a prerecorded voice message, without your prior express consent.

**Do I Have a Lawyer?** Yes. The Court has appointed the following lawyers to represent Class Members. Joshua Swigart, Hyde & Swigart, 411 Camino Del Rio South, Suite 301, San Diego, California 92108, and Douglas J. Campion, Law Offices of Douglas J. Campion, 409 Camino Del Rio South, Suite 303, San Diego, California 92108. The lawyers will be paid from the Settlement Fund.

**What Should I Do?** You should get more information from the Settlement Administrator and make a decision about what your legal rights are. Basically, as a Class Member, you have three options:

(1) You can submit a Settlement Claim to the Settlement Administrator to request a share of the Settlement Fund by **August 6, 2012**. If your Settlement Claim is approved, you will be bound by the Court's decisions in the lawsuit. You will not have the right to sue separately about the issues in the lawsuit.

(2) You can remain a Class Member but object to the Settlement. To do so you must send a letter (not an email) identifying yourself as a Class Member and explaining why you object. Your objection must be sent to both the Settlement Administrator and the Court and be postmarked no later than **August 16, 2012**. You may choose to pay for and be represented by a lawyer who may send the objection for you. See the website for additional requirements if you intend to appear at the hearing.

(3) You can exclude yourself from the Settlement, and be able to sue AllianceOne about the facts at issue in the lawsuit, by mailing a request form to the Settlement Administrator (not the Court). You must state in writing your name, address and telephone number and state that you want to be excluded from the AllianceOne settlement. That request must be postmarked no later than **August 16, 2012**.

**Scheduled Hearing:** The U.S. District Court, Southern District of California, located at 940 Front St., San Diego, CA 92101, will conduct a hearing on whether to approve the Settlement, and if so, will determine what fees and expenses should be awarded to class counsel and whether $10,000 in total incentive payments should be awarded to the Class Representatives that brought this action. The hearing is presently scheduled for **August 27, 2012 at 2:30 p.m.**, but may be changed. Any Settlement Class Member may enter an appearance with the Court through an attorney.

**For more information, contact the Settlement Administrator:** Visit: **www.AllianceOnesettlement.com**, Call: **(888) 213-7648**

Or Write: AllianceOne Cellphone Settlement, c/o Gilardi & Co. LLC, **P.O. Box 808061, Petaluma, CA 94975-8061**.

**Para ver este aviso en español, visite www.AllianceOnesettlement.com**