# EXHIBIT C

**Must Be Postmarked
No Later Than
August 6, 2012**



*Adams, et al., v. AllianceOne Receivables Management, Inc.*
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
Case No. 08-CV-0248 JAH WVG

# CLAIM FORM

You are a Class Member if AllianceOne or its subsidiaries or agents called your cell phone or other mobile device between February 8, 2004 and November 30, 2010 using autodialing equipment or with a prerecorded voice message without your prior express consent to be called in that manner. If you are a Class Member, you must file a claim by August 6, 2012 to receive a settlement award.

**Please fill out the information below and mail your completed Claim Form to:**

**AllianceOne Cellphone Settlement
c/o Gilardi & Co. LLC
P.O. Box 808061
Petaluma, CA 94975-8061
Tel. 1-888-213-7648**

## CLAIMANT IDENTIFICATION

Please fill in your information below. (Please do not use red ink or pencil.)

First Name        M.I.    Last Name

Address 1                                    Address 2

City                                         State    Zip Code

Cell Phone Number(s) on which you may have been called by AllianceOne.
1. ___ – ___ – ___         3. ___ – ___ – ___
2. ___ – ___ – ___         4. ___ – ___ – ___

(Optional) Other telephone number in case we need to call for anything related to the settlement process.
___ – ___ – ___

Last four digits of your Social Security Number.
____

All the information supplied in this Claim Form is true and correct to the best of my knowledge and belief and this document is signed under penalty of perjury.

Signature: _____

FOR CLAIMS PROCESSING ONLY    ○ LC   ○ OZ