# EXHIBIT D

# If You Received a Cellphone or Pager Call from AllianceOne
## Using An Automatic Telephone Dialing System Between February 2004 and November 2010
### Your rights could be affected by a class action settlement

A settlement has been proposed in a lawsuit called *Adams v. AllianceOne Receivables Management, Inc.* (Case No. 08-CV-0248), which is pending in the United States District Court for the Southern District of California.

**Who Is Included?**

You are included in the Settlement as a "Class Member" if (1) you live in the United States and (2) you received one or more calls between February 8, 2004 and November 30, 2010 from AllianceOne Receivables Management, Inc. ("AllianceOne") to your cellular telephone, paging service, specialized mobile radio service, other radio common carrier service, or any service for which the called party is charged for the call ("cellphone") and (3) the call or calls were made using an automatic telephone dialing system and an artificial or prerecorded voice and (4) you did not give prior consent to allow AllianceOne to call your cellphone.

**What Is The Case About?**

The lawsuit claims that AllianceOne violated a law called the Telephone Consumer Protection Act by calling cellphones without prior express consent using an automated telephone dialer. AllianceOne denies that it broke the law and strongly denies doing anything wrong.

**Summary of the Settlement**

Under the Settlement, which must be approved by the Court, AllianceOne has agreed to pay $9,000,000 into a Settlement Fund. After paying certain administrative fees and expenses, and attorneys' fees (which will not be more than 30% of the $9,000,000), and after paying Plaintiff's litigation costs, and paying a donation to a charitable organization of up to $1,000,000 if the total awards to class members do not reach $1,000,000, all of which the Court will be asked to approve, the remainder of the Settlement Fund will be paid to class members. After payment of all the above amounts, any amount remaining in the Settlement Fund will be returned to AllianceOne. The details of the settlement terms can be found at www.AllianceOneSettlement.com or by calling 1-888-213-7648.

**Final Approval Hearing**

The U.S. District Court, Southern District of California, Judge John A. Houston, Courtroom 11, located at 940 Front St., San Diego, CA 92101, will conduct a hearing on whether to approve the Settlement, and if so, will determine what fees and expenses should be awarded to class counsel and whether $10,000 in total incentive payments should be awarded to the Class Representatives that brought this action. The hearing is presently scheduled for August 27, 2012 at 2:30 p.m., but may be changed.

**Can I Get Money from the Settlement?**

Yes, if you are approved as a settlement class member you may be entitled to a portion of the Settlement Fund. How much each approved Class Member receives will depend on how many people make claims that are approved. The maximum amount that any approved class member can get from the Settlement Fund is $40.

**Do I Have a Lawyer?**

Yes. The court has appointed lawyers to represent Class Members. Those lawyers will be paid from the Settlement Fund as the Court allows.
Joshua Swigart, Hyde & Swigart, 411 Camino Del Rio South, Suite 301, San Diego, California 92108, and
Douglas Campion, Law Offices of Douglas J. Campion, 409 Camino Del Rio South, Suite 303, San Diego, California 92108.

**What Should I Do?**

You should get more information from the Settlement Administrator and make a decision about what your legal rights are. Basically, as a Class Member, you have three options.

(1) You can submit a Settlement Claim to the Settlement Administrator to request a share of the Settlement Fund. If your Settlement Claim is approved, you will be bound by the court's decisions in the lawsuit. You will not have the right to sue separately about the issues in the lawsuit. You can make a claim by either: 1) calling 1-888-213-7648, 2) by making a claim online at www.AllianceOnesettlement.com; or 3) by mailing a claim to the address of the Settlement Administrator Gilardi & Co. LLC shown below. To make a claim, you will be required to provide 1) your name; 2) your address; 3) the Claim ID number on the postcard, if you were mailed a postcard; and 4) if necessary to avoid conflicting claims, the last four digits of your social security number to confirm your identity. If you cannot be identified by the above information, you will also be asked to provide your cell phone number called and to affirm that you received a call to your cell phone from AllianceOne made by a prerecorded voice message, without your prior express consent. The phone and online claim filing deadline, and the postmark deadline for mailed claims, is August 6, 2012.

(2) You can remain a Class Member but object to the Settlement. To do so you must send, via first-class mail, a written letter (not an email) identifying yourself as a Class Member and explaining why you object. Your objection must be sent to both the Settlement Administrator <u>and</u> the Court and be must postmarked no later than August 16, 2012. You may choose to pay for and be represented by a lawyer who may send the objection for you.

(3) You can exclude yourself from the Settlement, and be able to sue AllianceOne about the facts at issue in the lawsuit, by mailing a request form to the Settlement Administrator (<u>not</u> the Court). You must state in writing your name, address and telephone number and state that you want to be excluded from the AllianceOne settlement. That request must be postmarked no later than August 16, 2012.

**For more information, contact the Settlement Administrator:**

| | |
|---|---|
| Visit: www.AllianceOneSettlement.com | Write: AllianceOne Cellphone Settlement |
| | c/o Gilardi & Co. LLC |
| Call: 1-888-213-7648 | P.O. Box 808061 |
| | Petaluma, CA 94975-8061 |

# Prime-time Nielsen ratings

## Beyond the Numbers
The news behind the ratings

### 'Talent' fails to draw fans

▶ **Talent deficit.** Despite the much-publicized debut of judge Howard Stern, NBC's *America's Got Talent* (10.5 million viewers Monday, 10.6 million Tuesday) premiered substantially below last year's June opener (15.3 million). This season's premiere, however, was in the highly competitive May sweeps, up against the likes of CBS' popular comedies and ABC's *Dancing*.

▶ **Naval honors.** *NCIS* was the week's most-watched show, scripted or unscripted, with 19.1 million viewers on Tuesday. With the TV season ending today, it stands as the season's top scripted show, averaging 19.5 million.

▶ **Lucky seven.** CBS season finales swept the first seven spots among scripted shows. *NCIS* led the way, followed by *NCIS: Los Angeles* (15.2 million Tuesday); *Criminal Minds* (13.7 million Wednesday); *Person of Interest* (13.5 million) and *The Mentalist* (13.1 million, both Thursday); *Mike & Molly* (11.8 million) and *Two and a Half Men* (11.5 million, both Monday).

▶ **The rest.** Other finales include: ABC's *Grey's Anatomy* (11.4 million viewers) and *Scandal* (7.3 million, both Thursday); CW's *Gossip Girl* (1.1 million Monday); Fox's *Bones* (7.2 million Monday) and *Family Guy* (5.3 million Sunday); NBC's *Smash* (6 million Monday), *30 Rock* (2.8 million) and *Community* (three episodes averaging 2.7 million, all Thursday).

▶ **Lower note.** The *Billboard Music Awards* on ABC Sunday attracted 7.4 million, down from last year's 7.9 million.

▶ **Date night.** ABC's *The Bachelorette* opened Season 8 with 8.1 million viewers, down 10% from last May's premiere.

▶ **Family matters.** E!'s *Keeping Up With the Kardashians* drew 2.9 million viewers Sunday, up from last June's premiere (2.5 million).

By Bill Keveney

## The network ratings race, week by week
As *Idol* and *Dancing* near their finales, ABC edges Fox for second place in the weekly race. Average viewers (in millions):




CBS 10.1 / ABC 7.1 / Fox 7.0 / NBC 5.6 / Univision 3.8 / CW 1.1 (weeks ending 4/22 – 5/20)

Source: Nielsen

**Legend**
- Viewers = in millions
- (*) = Nielsen ratings tie
- (r) = repeat episode
- (s) = special broadcast
- Source: Nielsen

**L.A. vs. OKC:** Lakers' Pao Gasol vs. Thunder's Serge Ibaka in a Friday game won by Lakers.
By Mark J. Terrill, AP

## Season to date
All viewers / 18-49 (in millions)

| Network | All viewers | 18-49 |
|---|---|---|
| CBS | 11.8 | 3.8 |
| Fox | 8.9 | 4.0 |
| ABC | 8.4 | 3.1 |
| NBC | 7.4 | 3.2 |
| Uni | 3.6 | 1.9 |
| CW | 1.7 | 1.0 |

By Veronica Bravo, USA TODAY


*NCIS*: De Pablo, Harmon. / CBS

### Cable top 15

| # | Show | Date/time | Viewers (millions) |
|---|---|---|---|
| 1 | L.A. Lakers/Okla. (TNT) | Wed 9:43 | 7.4 |
| 2 | *Okla./ L.A. Lakers (ESPN) | Fri 10:50 | 7.4 |
| 3 | L.A. Lakers/Okla. (TNT) | Mon 9:43 | 6.7 |
| 4 | Okla./ L.A. Lakers (TNT) | Sat 10:30 | 6.4 |
| 5 | L.A. Clippers/San Antonio (TNT) | Tue 9:46 | 5.0 |
| 6 | Boston/Phila. (ESPN) | Fri 8:04 | 4.8 |
| 7 | L.A. Clippers/San Antonio (ESPN) | Thu 9:40 | 4.7 |
| 8 | Indiana/Miami (TNT) | Tue 7:00 | 4.5 |
| * | Miami/Indiana (ESPN) | Thu 6:58 | 4.5 |
| 10 | San Antonio/L.A. Clippers (TNT) | Sun 10:30 | 4.4 |
| 11 | WWE Raw (USA) | Mon 10:00 | 4.3 |
| 12 | Swamp People (Hist) | Thu 9:00 | 4.1 |
| * | WWE Raw (USA) | Mon 9:00 | 4.1 |
| 14 | Phila./Boston (TNT) | Mon 7:00 | 4.0 |
| 15 | Game of Thrones (HBO) | Sun 9:04 | 3.9 |

### Spotlight: TV and tablets
Among owners of tablets, 69% say they use them at least several times a week while watching TV. What they do:
- Check e-mail — 61%
- Visit a social network site — 47%
- Look up information related to the show — 37%
- Check sports scores — 34%
- Look up product info from TV ad — 27%
- Look up coupons or deals related to TV ad — 22%

Source: Nielsen, 4th quarter 2011; among all tablet owners ages 13-up
By Karl Gelles, USA TODAY

### Monday, May 14

| Time | Program | Viewers | Rank | Season to date |
|---|---|---|---|---|
| 8:00 | **Dancing With the Stars** (ABC) | 15.8 | 4 | 18.3 |
| | **America's Got Talent** (NBC) | 10.5 | 16 | 10.5 |
| | **How I Met Your Mother** (CBS) | 8.6 | 20 | 9.8 |
| | **Bones** (Fox) | 7.2 | *25 | 9.3 |
| | **Familia con Suerte** (Uni) | 3.9 | *73 | 4.3 |
| | **Gossip Girl** (CW) | 1.1 | 100 | 1.5 |
| 8:58 | **Abismo de Pasión** (Uni) | 4.3 | *62 | 4.4 |
| 9:00 | **Two and a Half Men** (CBS) | 11.5 | 12 | 14.9 |
| | **House** (Fox) | 6.4 | 33 | 8.7 |
| | **Hart of Dixie** (CW) | 1.6 | *96 | 1.8 |
| 9:31 | **Mike & Molly** (CBS) | 11.8 | 11 | 11.7 |
| | **The Bachelorette** (ABC) | 8.1 | 22 | 8.1 |
| 9:59 | **Que no Podia Amar** (Uni) | 4.4 | *58 | 4.5 |
| 10:00 | **Hawaii Five-0** (CBS) | 11.4 | *13 | 11.8 |
| | **Smash** (NBC) | 6.0 | *35 | 8.9 |

### Tuesday, May 15

| Time | Program | Viewers | Rank | Season to date |
|---|---|---|---|---|
| 8:00 | **NCIS** (CBS) | 19.1 | 1 | 19.5 |
| | **America's Got Talent** (NBC) | 10.5 | 16 | 10.5 |
| | **Glee** (Fox) | 6.1 | 34 | 8.8 |
| | **Familia con Suerte** (Uni) | 4.1 | *69 | 4.2 |
| | **Cougar Town** (ABC)(s) | 3.3 | 80 | |
| | **90210** (CW) | 1.0 | 101 | 1.6 |
| 8:30 | **Cougar Town** (ABC) | 3.2 | 81 | 5.2 |
| 8:58 | **Abismo de Pasión** (Uni) | 4.6 | *55 | 4.3 |
| 9:00 | **NCIS: Los Angeles** (CBS) | 15.2 | 5 | 16.0 |
| | Dancing w/Stars Results (ABC) | 13.2 | 8 | 15.9 |
| | **Glee** (Fox)(s) | 6.0 | *35 | |
| | **L.A. Complex** (CW) | 0.5 | 105 | 0.6 |
| 9:59 | **Que no Podia Amar** (Uni) | 5.3 | *44 | 4.5 |
| 10:00 | **Fashion Star** (NBC) | 4.8 | *50 | 5.0 |
| 10:01 | **Private Practice** (ABC) | 6.8 | 29 | 8.1 |

### Wednesday, May 16

| Time | Program | Viewers | Rank | Season to date |
|---|---|---|---|---|
| 8:00 | **American Idol** (Fox) | 17.7 | 2 | 19.7 |
| | **The Middle** (ABC) | 6.5 | *31 | 8.1 |
| | **Off Their Rockers** (NBC) | 5.2 | 47 | 6.4 |
| | **Mike & Molly** (CBS)(sr) | 4.4 | *58 | |
| | **Familia con Suerte** (Uni) | 4.2 | *66 | 4.1 |
| | **Top Model/Brit** (CW)(r) | 0.8 | *102 | 0.9 |
| 8:30 | **Off Their Rockers** (NBC) | 5.5 | *41 | 5.3 |
| | **Suburgatory** (ABC) | 5.3 | *44 | 7.2 |
| | **Rules of Engagement** (CBS) | | | |
| | (sr) | 3.9 | *73 | |
| 9:00 | **Criminal Minds** (CBS) | 13.7 | 6 | 13.4 |
| | **Modern Family** (ABC) | 9.4 | 19 | 13.0 |
| | **Law & Order: SVU** (NBC)(r) | 2.9 | 85 | 2.9 |
| | **Top Model/Brit** (CW) | 1.2 | 99 | 1.6 |
| 9:02 | **Abismo de Pasión** (Uni) | 4.2 | *66 | 4.2 |
| 9:31 | **Don't Trust the B/Apt. 23** (ABC) | 4.7 | *52 | 6.5 |
| 9:59 | **Que no Podia Amar** (Uni) | 4.7 | *52 | 4.4 |
| 10:00 | **Revenge** (ABC) | 6.9 | *27 | 8.8 |
| | **Law & Order: SVU** (NBC) | 5.6 | 40 | 7.6 |

### Thursday, May 17

| Time | Program | Viewers | Rank | Season to date |
|---|---|---|---|---|
| 8:00 | **American Idol** (Fox) | 16.4 | 3 | 18.3 |
| | **Big Bang Theory** (CBS)(r) | 8.5 | 21 | 15.8 |
| | **Missing** (ABC) | 6.5 | *31 | 8.8 |
| | **Familia con Suerte** (Uni) | 4.0 | 72 | 4.2 |
| | **Community** (NBC) | 3.0 | *82 | 4.0 |
| | **Perez: Katy Perry** (CW)(s) | 0.8 | *102 | |
| 8:30 | **30 Rock** (NBC) | 3.2 | *86 | 4.6 |
| 8:31 | **Rules of Engagement** (CBS) | 7.2 | *25 | 10.1 |
| 9:00 | **Person of Interest** (CBS) | 13.5 | 7 | 14.3 |
| | **Grey's Anatomy** (ABC) | 11.4 | *13 | 10.9 |
| | **Community** (NBC)(s) | 2.6 | 88 | |
| | **Vampire Diaries** (CW)(r) | 0.6 | 104 | 2.8 |
| 9:01 | **Touch** (Fox) | 6.0 | *35 | 9.2 |
| 9:02 | **Abismo de Pasión** (Uni) | 4.1 | *69 | 4.3 |
| 9:30 | **Community** (NBC)(s) | 2.5 | 89 | |
| 9:59 | **Que no Podia Amar** (Uni) | 4.7 | *52 | 4.5 |
| 10:00 | **The Mentalist** (CBS) | 13.1 | 9 | 14.6 |
| | **Awake** (NBC) | 2.1 | 91 | 4.8 |
| 10:01 | **Scandal** (ABC) | 7.3 | 24 | 8.2 |

### Friday, May 18

| Time | Program | Viewers | Rank | Season to date |
|---|---|---|---|---|
| 8:00 | **Shark Tank** (ABC) | 5.5 | *41 | 6.0 |
| | **Who Do You Think You Are?** (NBC) | 5.4 | 43 | 5.6 |
| | **Undercover Boss** (CBS)(r) | 4.3 | *62 | 9.3 |
| | **Familia con Suerte** (Uni) | 3.8 | *75 | 3.9 |
| | **Kitchen Nightmares** (Fox) | | | |
| | (sr) | 2.0 | *92 | |
| | **Nikita** (CW) | 1.4 | 98 | 1.8 |
| 9:00 | **CSI: NY** (CBS)(r) | 5.7 | 39 | 10.3 |
| | **Grimm** (NBC) | 5.1 | 48 | 6.4 |
| | **Kitchen Nightmares** (Fox) | | | |
| | (sr) | 2.0 | *92 | |
| | **Supernatural** (CW) | 1.6 | *96 | 2.0 |
| 9:01 | **Primetime: What Would You Do?** (ABC) | 4.3 | *62 | 5.0 |
| 9:02 | **Abismo de Pasión** (Uni) | 4.1 | *69 | 4.1 |
| 9:59 | **Que no Podia Amar** (Uni) | 4.5 | 57 | 4.3 |
| 10:00 | **Blue Bloods** (CBS)(r) | 6.7 | 30 | 12.2 |
| | **Dateline** (NBC) | 4.6 | *55 | 5.6 |
| | **20/20** (ABC) | 4.4 | *58 | 5.8 |

### Saturday, May 19

| Time | Program | Viewers | Rank | Season to date |
|---|---|---|---|---|
| 8:00 | **America's Got Talent** (NBC) | | | |
| | (sr) | 3.8 | *75 | |
| | **CSI Saturday** (CBS)(sr) | 3.5 | 79 | |
| | **Spider-Man 3** (ABC)(r) | 3.0 | *82 | 3.5 |
| | **Sábado Gigante** (Uni) | 1.9 | *94 | 2.3 |
| 9:00 | **Crimetime** (CBS)(r) | 4.2 | *66 | 4.7 |
| 10:00 | **48 Hours Mystery** (CBS) | 4.9 | 49 | 5.8 |
| | **Law & Order: SVU** (NBC)(r) | 4.4 | *58 | 3.9 |

### Sunday, May 20

| Time | Program | Viewers | Rank | Season to date |
|---|---|---|---|---|
| 7:00 | **60 Minutes** (CBS) | 9.8 | 18 | 13.0 |
| | **Funniest Videos** (ABC) | 5.9 | 38 | 6.5 |
| | **America's Got Talent** (NBC) | | | |
| | (sr) | 4.3 | *62 | |
| | **The Simpsons** (Fox)(r) | 2.4 | 90 | 2.5 |
| | **Camino Pequeños** (Uni)(s) | 1.9 | *94 | |
| 7:29 | **Cleveland Show** (Fox) | 3.2 | *82 | 4.0 |
| 7:59 | **The Simpsons** (Fox) | 4.8 | *50 | 7.0 |
| 8:00 | **60 Minutes** (CBS)(s) | 10.1 | 17 | |
| | Billboard Music Awards (ABC)(s) | 7.4 | 23 | |
| | **Nuestra Belleza** (Uni) | 3.8 | *75 | 3.6 |
| 8:30 | **Bob's Burgers** (Fox) | 3.6 | 78 | 4.2 |
| 9:00 | **Jesse Stone: Benefit of Doubt** (CBS)(s) | 12.9 | 10 | |
| | **The Apprentice** (NBC) | 6.9 | *27 | 7.1 |
| | **Family Guy** (Fox) | 5.3 | *44 | 7.3 |
| 10:00 | **Sal y Pimienta** (Uni) | 2.8 | *86 | 2.5 |

## Network top 20
Viewers(millions)

| # | Show | Viewers |
|---|---|---|
| 1 | NCIS (CBS) | 19.1 |
| 2 | American Idol (Wed., Fox) | 17.7 |
| 3 | American Idol (Thu., Fox) | 16.4 |
| 4 | Dancing With the Stars (ABC) | 15.8 |
| 5 | NCIS: Los Angeles (CBS) | 15.2 |
| 6 | Criminal Minds (CBS) | 13.7 |
| 7 | Person of Interest (CBS) | 13.5 |
| 8 | Dancing w/Stars Results (ABC) | 13.2 |
| 9 | The Mentalist (CBS) | 13.1 |
| 10 | Jesse Stone (CBS)(s) | 12.9 |
| 11 | Mike & Molly (CBS) | 11.8 |
| 12 | Two and a Half Men (CBS) | 11.5 |
| 13 | Grey's Anatomy (ABC) | 11.4 |
| * | Hawaii Five-0 (CBS) | 11.4 |
| 15 | America's Talent (Tue., NBC) | 10.6 |
| 16 | America's Talent (Mon., NBC) | 10.5 |
| 17 | 60 Minutes (8 p.m., CBS)(s) | 10.1 |
| 18 | 60 Minutes (7 p.m., CBS) | 9.8 |
| 19 | Modern Family (ABC) | 9.4 |
| 20 | How I Met Your Mother (CBS) | 8.6 |

## Among ages 18-49

| # | Show | Rating |
|---|---|---|
| 1 | American Idol (Wed., Fox) | 6.3 |
| 2 | American Idol (Thu., Fox) | 5.6 |
| 3 | Grey's Anatomy (ABC) | 5.2 |
| 4 | Modern Family (ABC) | 5.0 |
| * | Two and a Half Men (CBS) | 5.0 |
| 6 | How I Met Your Mother (CBS) | 4.7 |
| * | America's Talent (Mon., NBC) | 4.7 |
| 8 | NCIS (CBS) | 4.6 |
| * | Criminal Minds (CBS) | 4.6 |
| 10 | America's Talent (Tue., NBC) | 4.4 |
| 11 | Mike & Molly (CBS) | 4.3 |
| 12 | NCIS: Los Angeles (CBS) | 3.9 |
| 13 | Hawaii Five-0 (CBS) | 3.5 |
| 14 | Billboard Music Awards (ABC) | 3.4 |
| * | Dancing With the Stars (ABC) | 3.4 |
| 16 | Family Guy (Fox) | 3.3 |
| * | The Bachelorette (ABC) | 3.3 |
| 18 | Glee (9 p.m., Fox) | 3.2 |
| * | Person of Interest (CBS) | 3.2 |
| * | Big Bang Theory (CBS) | 3.2 |
| * | The Mentalist (CBS) | 3.2 |
| * | Glee (8 p.m., Fox) | 3.2 |

---

# Bo, Dolly and the Gang join Recording Registry





**Royal treatment:** Prince's *Purple Rain* and Bo Diddley's single *I'm a Man* will become one of more than 300 preserved recordings.

They and 22 others will be kept safe and sound by the Library of Congress

See the rest of the selections at life.usatoday.com.

By Steve Jones
USA TODAY

## Music

The newest additions into the National Recording Registry of the Library of Congress include everything from the only existing ex-slave narratives to seminal songs of disco, funk and rap.

The selected 25 sound recordings, which will be preserved as cultural, artistic and historical treasures, join more than 300 others saved since the registry was established in 2000.

Without preservation efforts, many could have been lost for good — even the most popular recordings, says Matt Barton, the library's sound recording curator.

Often, "the master is gone, and we only have commercial copies that can be compromised by wear or other damage," he says. (If the library doesn't have the master, it makes an optimal digital copy from the best possible source.)

The library makes its choices on the advice of its National Recording Preservation Board and suggestions from the public. Nominations for the next registry are being accepted at the NRPB website (loc.gov/nrpb).

"I've been asked if (Donna Summer's *I Feel Love*) was on there because she just passed away (on May 17), but the final selection was made more than a month ago," Barton says.

Highlights from the picks:

▶ **Edison Talking Doll cylinder** (1888). The recording of *Twinkle, Twinkle Little Star* — sung by one of Thomas Edison's employees for use in a talking doll — is the earliest-known commercial sound recording in existence.

▶ **Voices From the Days of Slavery** (1932-1941). The only known audio of former slaves includes 24 interviews conducted in nine states.

▶ **Debut with the New York Philharmonic**, Leonard Bernstein (Nov. 14, 1943). Bernstein, 25, then a little-known assistant conductor, was a last-minute sub.

▶ ***International Sweethearts of Rhythm: Hottest Women's Band of the 1940s*** (1944-1946). A rare commercial recording by the interracial female jazz band formed at a boarding school for African-American children.

▶ ***The Indians for Indians Hour*** (March 25, 1947). The weekly radio show featuring guests and music from 18 Native American tribes aired on WNAD in Norman, Okla.

▶ ***I Can Hear It Now***, Fred W. Friendly and Edward R. Murrow (1948). Speech excerpts and news reports, featuring everyone from Will Rogers to Adolf Hitler and narration by CBS Radio's Murrow.

▶ ***Bo Diddley*** and ***I'm a Man***, Bo Diddley (1955). Diddley's first single, a double-sided hit.

▶ ***A Charlie Brown Christmas***, Vince Guaraldi Trio (1970). The soundtrack to the animated *Peanuts* TV special brought jazz to millions.

▶ ***Coat of Many Colors***, Dolly Parton (1971). The autobiographical song, about a poor childhood made rich by love, established Parton as a credible songwriter.

▶ ***Mothership Connection***, Parliament (1975). "Ain't nothin' but a party, y'all," George Clinton declared on the title track of the influential funk album.

▶ **Barton Hall concert by the Grateful Dead** (May 8, 1977). The revered Cornell University show is a favorite of Deadhead tape traders.

▶ ***I Feel Love***, Donna Summer (1977). The entirely electronic track played off Summer's ethereal vocal and took the dance clubs by storm.

▶ ***Rapper's Delight***, Sugarhill Gang (1979). The trio's rhythmic rhyming inspired countless MCs and rap artists.

▶ ***Purple Rain***, Prince and the Revolution (1984). The movie that launched Prince into superstardom. The soundtrack's explicit lyrics led to the founding of the Parents Music Resource Center.

---



# MARKETPLACE TODAY

www.russelljohns.com/usatoday | Hours of operation: Mon. - Fri., 8:30 am - 6:00 pm [EST]
To advertise call **1.800.397.0070** Toll-free in the U.S. only

## NOTICES
### LEGAL NOTICE

**LEGAL NOTICE**     Adams, et al., v. AllianceOne Receivables Management, Inc.     **LEGAL NOTICE**
Case No. 08-CV-0248 JAH WVG
**If You Received a Cellphone or Pager Call from AllianceOne**
**Using An Automatic Telephone Dialing System Between February 2004 and November 2010**
**Your rights could be affected by a class action settlement**

A settlement has been proposed in a lawsuit called *Adams v. AllianceOne Receivables Management, Inc.* (Case No. 08-CV-0248), which is pending in the United States District Court for the Southern District of California.

### Who Is Included?
You are included in the Settlement as a "Class Member" if (1) you live in the United States and (2) you received one or more calls between February 8, 2004 and November 30, 2010 from AllianceOne Receivables Management, Inc. ("AllianceOne") to your cellular telephone, paging service, specialized mobile radio service, other radio common carrier service, or any service for which the called party is charged for the call ("cellphone") and (3) the call or calls were made using an automatic telephone dialing system and an artificial or prerecorded voice and (4) you did not give prior consent to allow AllianceOne to call your cellphone.

### What Is The Case About?
The lawsuit claims that AllianceOne violated a law called the Telephone Consumer Protection Act by calling cellphones without prior express consent using an automated telephone dialer. AllianceOne denies that it broke the law and strongly denies doing anything wrong.

### Summary of the Settlement
Under the Settlement, which must be approved by the Court, AllianceOne has agreed to pay $9,000,000 into a Settlement Fund. After paying certain administrative fees and expenses, and attorneys' fees (which will not be more than 30% of the $9,000,000), and after paying Plaintiff's litigation costs, and paying a donation to a charitable organization of up to $1,000,000 if the total awards to class members do not reach $1,000,000, all of which the Court will be asked to approve, the remainder of the Settlement Fund will be paid to class members. After payment of all the above amounts, any amount remaining in the Settlement Fund will be returned to AllianceOne. The details of the settlement terms can be found at www.AllianceOneSettlement.com or by calling 1-888-213-7648.

### Final Approval Hearing
The U.S. District Court, Southern District of California, Judge John A. Houston, Courtroom 11, located at 940 Front St., San Diego, CA 92101, will conduct a hearing on whether to approve the Settlement, and if so, will determine what fees and expenses should be awarded to class counsel and whether $10,000 in total incentive payments should be awarded to the Class Representatives that brought this action. The hearing is presently scheduled for August 27, 2012 at 2:30 p.m., but may be changed.

### Can I Get Money from the Settlement?
Yes, if you are approved as a settlement class member you may be entitled to a portion of the Settlement Fund. How much each approved Class Member receives will depend on how many people make claims that are approved. The maximum amount that any approved class member can get from the Settlement Fund is $40.

### Do I Have a Lawyer?
Yes. The court has appointed lawyers to represent Class Members. Those lawyers will be paid from the Settlement Fund as the Court allows.
Joshua Swigart, Hyde & Swigart, 411 Camino Del Rio South, Suite 301, San Diego, California 92108, and
Douglas Campion, Law Offices of Douglas J. Campion, 409 Camino Del Rio South, Suite 303, San Diego, California 92108.

### What Should I Do?
You should get more information from the Settlement Administrator and make a decision about what your legal rights are. Basically, as a Class Member, you have three options.
(1) You can submit a Settlement Claim to the Settlement Administrator to request a share of the Settlement Fund. If your Settlement Claim is approved, you will be bound by the court's decisions in the lawsuit. You will not have the right to sue separately about the issues in the lawsuit. You can make a claim by either: 1) calling 1-888-213-7648, 2) by making a claim online at www.AllianceOnesettlement.com; or 3) by mailing a claim to the address of the Settlement Administrator Gilardi & Co. LLC shown below. To make a claim, you will be required to provide 1) your name; 2) your address; 3) the Claim ID number on the postcard, if you were mailed a postcard; and 4) if necessary to avoid conflicting claims, the last four digits of your social security number to confirm your identity. If you cannot be identified by the above information, you will also be asked to provide your cell phone number called and to affirm that you received a call to your cell phone from AllianceOne made by a prerecorded voice message, without your prior express consent. The phone and online claim filing deadline, and the postmark deadline for mailed claims, is August 6, 2012.
(2) You can remain a Class Member but object to the Settlement. To do so you must send, via first-class mail, a written letter (not an email) identifying yourself as a Class Member and explaining why you object. Your objection must be sent to both the Settlement Administrator and the Court and be must postmarked no later than August 16, 2012. You may choose to pay for and be represented by a lawyer who may send the objection for you.
(3) You can exclude yourself from the Settlement, and be able to sue AllianceOne about the facts at issue in the lawsuit, by mailing a request form to the Settlement Administrator (not the Court). You must state in writing your name, address and telephone number and state that you want to be excluded from the AllianceOne settlement. That request must be postmarked no later than August 16, 2012.

**For more information, contact the Settlement Administrator:**
Visit:   www.AllianceOneSettlement.com     Write:   AllianceOne Cellphone Settlement
                                                 c/o Gilardi & Co. LLC
Call:    1-888-213-7648                                  P.O. Box 808061
                                                                 Petaluma, CA 94975-8061