# EXHIBIT E

## AllianceOne and Class Counsel Announce TCPA Class Action Settlement

AllianceOne Receivables Management, Inc., Class Counsel, Douglas Campion and Joshua Swigart, and Defense Counsel, Hugh McCabe, today announced an agreement to resolve a class action pending against the company in federal court in California. The court recently gave preliminary approval to the settlement. The lawsuit alleges that the company violated the Telephone Consumer Protection Act by calling cell phones using an automated dialer or with a prerecorded voice message without the recipients' prior express consent.

Under the terms of the settlement, AllianceOne denies any liability, but to terminate the exposure, will participate in funding a $9 million settlement fund to fully resolve the matter.

"AllianceOne continues to believe firmly that the lawsuit is without merit. AllianceOne is committed to providing high-quality service to its clients in compliance with applicable laws. Given the expense and disruption associated with prolonged litigation, however, we believe this settlement is in the best interest of AllianceOne and its shareholders," said Tim Casey, President and Chief Executive Officer, AllianceOne.

"As Class Counsel, we believe the settlement is fair and reasonable and provides substantial benefit to the class. The settlement fund will provide compensation to class members who, without their prior consent, received cell phone calls from AllianceOne," said Douglas Campion, Attorney, Law Offices of Douglas J. Campion.

The agreement is subject to final court approval. The recovery, less attorneys' fees and expenses to be paid to Class Counsel, will be distributed to class members who received an autodialed call from the company or their affiliates and agents on a cell phone without their prior consent between February 8, 2004 and November 30, 2010, under procedures to be implemented by the court overseeing the settlement. After paying administrative expenses, attorneys' fees and costs, a donation to a charitable organization, and awards to class members, the remaining amount in the settlement fund, if any, will be returned to AllianceOne.

For more information about the settlement, please visit www.AllianceOneSettlement.com.

SOURCE Class Counsel: Law Offices of Douglas J. Campion, Defense Counsel: Neil, Dymott, Frank, McFall & Trexler