# EXHIBIT F

**Timely Requests For Exclusion**

| | FirstName | LastName |
|---|---|---|
| 1 | JACQUELINE P | YOUNT |
| 2 | GLADSTONE | GARDNER |
| 3 | MACK | BRANTLEY |
| 4 | APRIL L | KANE |
| 5 | JAMAIL L | GILMER |
| 6 | THERESA RO | HENRY |
| 7 | DIANE A | CASON |
| 8 | FRED W | GOLSTON |
| 9 | RUBY | THOMPSON |
| 10 | LILLIE MARIE | WEAVER |
| 11 | PATRICIA | CASTNER |
| 12 | SVETLANA A | BALATSKIY |
| 13 | | GEORGIA TITLE ABSTRA |
| 14 | FREDERICK | MINIS |
| 15 | LLEWELLY | NICHOLS |
| 16 | DORIS | WHITEHEAD |
| 17 | TAWYNA | BAKER |
| 18 | CHRISTINA | JONES |
| 19 | JUAN P | GOMEZ |
| 20 | MARTHA G | WILSON |
| 21 | RANDI | CURB |
| 22 | ANTOINETTE | LOPEZ |
| 23 | JOSEPH B | HUNTER |
| 24 | MAGALYS | HERNANDEZ |
| 25 | KENETRAHA | RUTLEDGE |
| 26 | BETTY J. | BURRELL |
| 27 | YVONNE | ISHAK |
| 28 | DIANE L | KALLGREN |
| 29 | XIMENA | BARRIENTOS |
| 30 | MICAELA | RODRIGUEZ |
| 31 | SANDRA J | CARLEY |
| 32 | BRENT E | CRUMMEY |
| 33 | GRACE D | SOLIS |
| 34 | MICHAEL | STRICKLAND |
| 35 | MARIO A | MOLINA |
| 36 | YOLANDA | BENAVIDAS |
| 37 | JILLIAN | KALLENBACH |
| 38 | AMY | BEARDEN |
| 39 | ASHLEY N | COX |

I jacqueline p yount.made a claim on fri may 25th over the phone with allianceone cell phone settlement with a legal notice I got in the mail.  I called and made a claim over the phone and my claim id numbetrs are 118102869,110924070,117799696…..  I want to OPTOUT of the claim and to have any more legal notice about this settlement…..    on the notice I got in the mail it came to the rong add it is coming 4106 memorial dr belleville IL 62226-5341  that is not my add my add is 1201 hollywood heights rd casseyville il 622323…  that has never been my add it has been 1201 hollywood for the past 6years.

 I jacqueline p yount wishes to OPTOUT of the settlement and the claim…..
1201 hollywood heights rd
casseyville il 62232
618-604-3599
claim id numbers I made over the phone-117799696
                                                110924070
                                                118102869

Jacqueline P Yount

May 25th 2012

1201 Hollywood Heights Rd
Casseyville IL 62232
618-604-3599

Jacqueline Pyant
1201 Hollywood Heights Rd
Caseyville, FL 62232

AL inc

9491280909 0

Alliance OneSettlement
Gilardi LLC PoBox 8090
San Rafael CA 94912-8090

SAINT LOUIS MO 630
26 MAY 2012 PM 4 L

USA FIRST-CLASS FOREVER





please exclude me from this
settlement.

8000001-3

Jillian Kallenbach
2062 Fairview Ave
Cleveland, OH 44106
810-300-2733

Jill-Kallenbach

J. Kallenbach
2062 Fairview Ave
Cleveland, OH 44106

AllianceOne Settlement
c/o Gilardi 3 CO LLC
PO Box 8090
San Rafael, CA 94912-8090

94912809090

Aline

May 27, 2012

From:  Mack Brantley
490 Cloverton Court
Cincinnati, Ohio 45240
413.772.0668

Settlement Administrator,

Please exclude me from the AllianceOne settlement class action suit. I do not like anyone
including me in any legal action without my express permission.

Sincerely,

Mack K. Brantley A.A.S., B.S, M.S.

To: AllianceOne Cellphone Settlement c/o
Gilardi & Co. LLC, P.O. Box 8080061
Petaluma, CA   94975-8061

**Mack K Brantley**
490 Cloverton Ct
Cincinnati OH 45240-4003

CINCINNATI OH 452

29 MAY 2012 PM 5 L

Alliance One Cellphone Settlement
c/o Gilardi & Co. LLC
P.O. Box 808061
Petaluma, CA. 94975-8061

Jamail Gilmer                    May/29 2012

My name is Jamail L Gilmer
Who Stays At 557 Sally Ann Drive
Shreveport, LA 71106  I went to
exclude myself from this Settlement
MY number is 318-834-3673 I Dont
Want to be apart of this settlement !!!

Jamail Gilmer    This is MY Signature
to let you know that I dont want to
Be apart of this settlement

Jamail Gilmer
557 Sally Andrve
Shreveport, LA 71106

Aline

SHREVEPORT LA 710
31 MAY 2012 PM 31

Alliance One Settlement c/o Gilardi
& co llc  P.O. Box 8090
San Rafael, CA 94912-8090

9491 2809090

USA FIRST-CLASS FOREVER

May 29, 2012

AllianceOne Cellphone Settlement
c/o Gilardi & Co. LLC
P.O. Box 808012
Petaluma, CA 94975-8012

c/o Gilardi & Co. LLC
Re: Legal Notice

I exclude myself from the Settlement, so that

I can be able to sue AllianceOne abouts the

facts at issue in the lawsuit.

I am mailing my request to the Settlement Administrator

and have Stated pertinent information as follows:

Diane A. Cason

4988 Jersay Avenue

Gulfport, Fla 33707

Ph: 727.321.1953

This serves as authorization to exclude me from the AllianceOne

Settlement.

Signed: _____

May 29, 2012

Diane A. Cason
4988 Jersay Ave
Gulfport FL 33707

Diane M. Caron
4944 Terry Ave
Gulfport, FL 33707

9497580:1212

TAMPA FL 335
SAINT PETERSBURG FL
01 JAN 2012 PM 10 L

Alliance One Cellphone Settlement
c/o Gilardi & Co., LLC
P.O. Box 808012
Petaluma, CA 94975-8012

5-30

To whom it may concern,

I, April Kane would like to be excluded from the Alliance one settlement hearing. Due to not having the funds for transportation.

Sincerely,
April Kane

My Claim #: 1116 73518

SPOKANE WA 990

30 MAY 2012 PM  5 T

USA FIRST-CLASS FOREVER

AllianceOne Cellphone Settlement
c/o Gilardi & CO. LLC
P.O. Box 808012
Petaluma, CA 94975-8012

94975$&012

April Kane
514 6th St #3
Clarkston, WA 99403

June 1, 2012

Dear Claims Administrator;

I do not wish to participate in the suit - Alliance One.

I'd received a notice Saturday, May 26, 2012. to inform you - as I may had been one of the people - who were illegally phoned - by Alliance One - (regarding the suit - now pending - towards Alliance One).

I had called the phone number, given, on the notice... receiving the information - to inform you - of my decision.

I'm a Christian. I seek the Lord Jesus, first in life, and I see no need - to sue Alliance One. As far as I know, I was not harmed - by any phone calls - Alliance One - may had made to me., years back.

I do not seek money, I seek the Lord, & live - by faith - in life. I see no need - to take Alliance One - to court; I was not harassed - by phone calls from them - as far as I can remember. I will pray for them.. (God bless).

Take care!

Sincerely,
Patricia Castner
304 . 975 . 0512.

Castner
Patricia Castner
525 Cove Road # 410
Weirton, WV 26062

Previously lived - on West St - Weirton, had P.O. Box 165 Weirton, address. Moved to new address - March 8, 2012.



Patriot Castine
525 Cove Road # 410
Weirton, WV 26062



9491 2609 0050

PITTSBURGH PA 150
11 JUL 2012 PM 3 L



Alliance One Settlement
c/o Gilardi & Co LLC
8090 San Rafael, California
94912-8090

TO:

Gilardi & Co, LLC

PO Box 808012

San Rafael, CA 94912-8090

SETTLEMENT ADMINISTRATOR

ALLIANCEONE SETTLEMENT

FROM:

FREDERICK MINIS

30950 Lakeshsore Blvd, apt 756

Willowick, Ohio 44095

RE:

PLEASE EXCLUDE ME FROM ANY CLASS ACTION LAWSUIT AGAINST ALLIANCEONE, et al

THANK YOU,

6/1/2012

FREDERICK M. MINIS

(216) - 246-9288

1

FREDERICK MINES
3095 1 Kahdana Blvd,
Apt. 756
Willowick, OH 44095

ALINC - 148153358-5

94975801212

Gilardi & B., LLC
P.O. Box 808012
PETALUMA, CA
94975 - 8012



USA FIRST-CLASS FOREVER

May (31, 2012
Hillsboro, TX.
76645

To Whom It May Concern:

Lillie Marie Weaver
111 Abney Street
Hillsboro, TX. 76645
254-205-5676

Thanks for ~~[illegible]~~ including me at
this time. I'm a Minister in the last
Hour. (Jehovah's Wittness)

Clair DP. Nunber: 112379257

Lillie Marie Weaver
111 Abney Street
Shelbyville TX. 76660

Alliance On Cellphone Settlement
C/O Rylander & Co. L L c
P.O. Box 8080 12
Portland, OR 9 4 4 0 7 5 - 8 0 1 2

6-6-12

Sirs:

I wish to be excluded from the alliance one settlement.

Name: Doris Whitehead

Address: 4565 San Sebastian Way
Sacramento Ca. 95823

Phone: (916) 394-0655

Sincerely,

Doris Whitehead

SACRAMENTO CA 957

Alliance One Colghorn Sotolopont

c/o Gilardi + Co, LLC

P.O. Box 808061

Petaluma, Ca. 94975 - 801

94975+8061

Doris Whitehead
4565 San Sebastian Way
Sacramento, CA 95823

AllianceOne Cellphone Settlement
c/o Gilardi & Co. LLC
P.O. Box 808012
Petaluma, CA 94975-8012

Presorted
First-Class Mail
U.S. Postage
PAID
Gilardi & Co.

## LEGAL NOTICE

**Adams, et al., v. AllianceOne Receivable Management, Inc.**

Case No. 08-CV-0248 JAH WVG

**If You Received a Cellphone or Pager Call from AllianceOne Using An Automatic Telephone Dialing System Between February 8, 2004 and November 30, 2010 Your rights could be affected by a class action settlement**

A settlement has been proposed in a lawsuit called *Adams, et al., v. AllianceOne Receivables Management, Inc.* (Case No. 08-CV-0248), which is pending in the United States District Court for the Southern District of California ("Court").

**Who Is Included?**

You are included in the Settlement as a "Class Member" if (1) you live in the United States and (2) you received one or more calls between February 8, 2004 and November 30, 2010 from AllianceOne Receivables Management, Inc. ("AllianceOne") to your cellular telephone, paging service, specialized mobile radio service, other radio common carrier service, or any service for which the called party is charged for the call ("cellphone") and (3) the call or calls were made using an automatic telephone dialing system or an artificial or prerecorded voice and (4) you did not give prior consent to allow AllianceOne to call your cellphone.

**ALINC**

Postal Service: Please Do Not Mark Barcode
ALINC-124040045-4

**Claim ID Number:  124040454**

¡ KNOW NOTHING REGARDING 187090
THIS MATTER.    KINDLY REMOVE
MY NAME FROM YOUR
MAILING LIST!!!!!

I DO NOT OWN A CELL PHONE
NOW OR WILL I EVER

LLEWELLY NICHOLS
539 AVON AVE
PASADENA CA 91105-3600

Llewelly Nichols
539 Avon Ave.
Pasadena, CA 91105

SANTA CLARITA CA 913
20 MAY 2012 PM 4 L

Adrian Mc Colgham Internet
g. Blanke & Co. LLC
P.O. Box 808012
Petaluma, CA 94975-8012

9497580i2i2



# T. JANINE BELLAMY

3260 Hilson Head Lane ~ Lithonia, Georgia 30038 ~ 404.725.2826 ~ janinebellamy96@gmail.com

May 31, 2012

AllianceOne Cellphone settlement
c/o Gilardi & Co. LLC
P O Box 8090
San Rafael, CA 94912-8090

Regarding claim ID #: 109214080 for case: 08-CV-0248 JAH W VG

Dear Sir/Madame:

I am in receipt of legal notice to which I (Georgia Title Abstractors) am named a potential claimant. There has been an error made, as my defunct company, Georgia Title Abstractors, never incurred voluntary debt, therefore, no cell phone account was ever in the company's name. So it is under that basis that I would like to withdraw the company's name from the settlement offer as a "Class Member" and I have no intention on suing the defendant.

$\mathcal{B}$  Tijuana J. Bellamy
3260 Hilson Head Ln.
Lithonia, GA 30038-5366

404 725 2826

Sincerely,

*T. Janine Bellamy*

T. Janine Bellamy

NOTICE:   This letter and all attachments are CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To", "cc" and "bcc" lines of this email.  If you are not an intended recipient, your receipt of this email and its attachments is the result of an inadvertent disclosure or unauthorized transmittal.  Sender reserves and asserts all rights to confidentiality, including all privileges which may apply.  Pursuant to those rights and privileges, immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email by return email or by telephone at (770) 939-7710.  DO NOT review, copy, or rely on in any way the contents of this email and its attachments.  All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachments are expressly reserved.

CERTIFIED MAIL™

7012 1010 0000 7325 7989

B   Tijuana J. Bellamy
3260 Hilson Head Ln.
Lithonia, GA 30038-5366

RETURN RECEIPT
REQUESTED

Aline
Return Receipt Requested   5491236050

U.S. POSTAGE
PAID
DECATUR, GA
30034
JUN 04 '12
AMOUNT
$5.75
00053996-21

UNITED STATES
POSTAL SERVICE

1000   94912

Alliance One Cellphone Settlement
c/o Gilardi & Co LLC
P.O. Box 8090
San Rafael, CA 94912-8090

Pertaining to- cell phones, pages, etc
I don't want any more contact from you.
Pertaining to-        6/2/2012
Claim ID Number: 156036959
To whom it may concern,
I would like to Opt out of
this AllianceOne Settlement-
issue. I don't ever recall any
solicitation on any tele-
phone concerning this issue.
I don't know how you-
obtained any information
concerning this Postal-
Service you reached me at.
Please do not write here again.
I will presue legal actions-
if it happens again. I don't
know what-ALINC means on the card.
                    Thank You-
                    Ruby Thompson.

P.S. The letter also states-
the the AllianceOne Settle-
ment issue is address any issues
to c/o Gilardi & Co LLC-
P.O. BOX 80 80 12-
Petaluma, Ca 94975-8012
It was sent on a Post card. Thank you

Ruby Thompson
P.O. Box 1082
Dayton, Ohio 45402

BONSAI

alliance one settlement -
c/o Girardi & Keese -
To: Claims Administrator -

P.O. Box 8090
San Rafael, Ca 94912 -8090

94912+8090

Hello,

My name is Svetlana B,

please exclude me as advising
the Settlement Administrator.

I don't have any complaints.

Thank you.

Svetlana Balatsky
4830 Watt Ave #28
North Highlands, CA 95660

AllianceOne Settlement
c/o Gilardi & Co LLC
P.O. Box 8090
San Rafael, CA 94912-8090

34312580030

5/30/12

Please exclude me from this group. Thank you!

Theresa Henry
P. O. Box 380172
Kansas City, MO 64138

573 268 2431

Missouri

Claim ID # 148288308



KANSAS CITY MO

31 MAY 2012 PM 6 L

Alliance One Cellphone Settlement
c/o Gilardi & Co. LLC
P.O. Box 808061
Petaluma, CA 94975-8061

949758061b1

Theresa Henry
PO Box 380172
Kansas City, MO 64138

NAME: FRED GOLSTON
ADD: 523 EXCHANGE AVE
      CALUMET CITY IL. 60409-3307
TELE: 708 362-7720

I WISH To OPT OUT & OBTAIN
MY OWN CASE.

SIGNATURE

FRED GOLSTON



S. SUBURBAN IL 604

01 JUN 2012 PM 4 L

ALLIANCE ONE SETTLEMENT
% GILARDI & CO LLC
P.O. Box 8090
SAN RAFAEL, CA. 94912-8090

9491280S030



Mr. Fred Golston
523 Exchange Ave.
Calumet City, IL 60409

June 11, 2012

AllianceOne Settlement c/o Gilardi & Co LLC
P.O. Box 8090
San Rafael, CA 94912-8090

Dear Sir/Madam,

I want to be excluded as a class member of this settlement so I may pursue any claims I may have
on my own with my own attorney.

Claim Number 111169275

Randi Curb
21321 Royal Dr
Lake View, AL  35111-1204
205-434-1707



Randi A. Curb
21321 Royal Dr
Lake View, AL 35111-1204

BIRMINGHAM AL 350

11 JUN 2012 PM 5 L

RECEIVED
JUN 13 2012
CLAIM CENTER

Allianz One Settlement
c/o Gilardi + Co LLC
PO Box 8090
Sacramento, CA 94912-8090



I don't want to get

involved in this settlement

Thank you
Antoinette Lopez

Antoinette Lopez
2635 Calle Primavera
Santa Fe, NM 87505

Alliance One Cellphone
Settlement c/o Gilardi c CoLLC
P.O. Box 808061
Petaluma, CA 94975-8061

Joseph B. Hunter

2170 Church St

Sanford FL 32771

Phone numbers  (407) 304 - 8897

(407) 314 - 8822 ← leave message or ask
for Joseph

I  Joseph B. Hunter  want to
be  excluded  from  the AllianceOne
Settlement.



USA FIRST-CLASS FOREVER

MID FLORIDA 320
FL 322
12 JUN 2012  PM

FROM: Joseph B. Hunter  Clm # 10945883
2170 Church St Box 14
Sanford FL 32771
☐ CHECK HERE IF THIS IS A NEW ADDRESS

94975*8012

To whom it may concern. Settlement Administrator

I do not wish to be a Part
Of this settlement. Please
exclude me. Thank you!

Christina James

P.O. Box 522

Carlsbad, TX 76934

I do not have a Phone at
this time.

USA FOREVER

P.O. Box
522
Carlsbad, TX, 76934

Alliance One Settlement.
c/o Gilardi + Co. LLC.
P.O. Box 8090
San Rafael, CA. 94912-8090

Dear Sirs:

I would like to opt out of the class action lawsuit against Alliance One.

My name is Martha G. Wilson. My address is: P.O. Box 100111 Ft. Worth, TX 76185-0111 My cell phone # (682) 201-4439

The claim ID # is 126430802

The above cell # is my current #. I have had several since Feb. 2004 and I can't remember what my number was in 2004.

Cordially,

Martha G. Wilson



Martha G. Wilson
PO Box 100111
Fort Worth, TX 76185-0111

Settlement Administrator
Alliance One Cellphone
Settlement

C/o Gilardi & Co. LLC
P.O. Box 8090
San Rafael, CA 94912-8090

5/22/12

I Tawanya Baker
Dont want to be apart of
Settlement class exclude
me out dont want to
be ~~~ in it

Tawanya Baker

(800) 333-8298

PENSACOLA FL 325

05 JUN 2012 PM 3 T

USA
Equality
FOREVER

Alliance Defending Freedom
c/o Gilardi & Co. LLC
Petaluma, CA 94975-8012

94975$9999

Tawana Baker
11350 Drive
Defuniak Springs, Fla. 32433

6-8-12

I wish to exclude myself from
the settlement.

+Hank you

Claim ID number - 1195333391


Juan P Gomez
720 NE 125th ave
Portland OR 97230

503-810-7821



USA FIRST-CLASS FOREVER

Alliance One Settlement
- c/o Gilardi LLC -
P.O. Box 8090
San Rafael, CA 94912-8090

94912809050

Juan P Gomez
800 NE 125th ave
Portland OR, 97230

▶▶▶ Pull here to open

Pull here to open ◀◀◀

TAMPER EVIDENT

5/29/12

I want to get exclude from this settlement, my name Kenetrana Rutledge my address 5988 w. Hwy 318 Reddick Fl. 32680 352. 551-5485 I want to be excluded from the Alliance One Settlement my claim # is 103687408

Kenetrake Rutledge

AllianceOne Cellphone Settlement
C/o Gilardi & Co. LLC
P.O. Box 808012
Petaluma, CA 94976

S4975-08012

Konstrale Rutledge
5988 W Hwy 318
Reddick Fl. 32686

To: Reconciliation Manager

My name is Magalys Hernandez, I want to be exclude from

Adams vs. Alliance One.

My address is 129 Cayman Dr,Palm Springs FL 33461 and my phone number (561)906-1223

Magalys Hernandez
129 Cayman Dr.
Palm Springs FL 33461

9491280509090

Alliance One Settlement
P.O BOX 8090
San Rafael, CA 94912-8090

USA FIRST-CLASS FOREVER

17371 S.E. 133rd Street
Renton, WA  98059-7026

June 22, 2012

RE:  Claim ID Number 120805430

AllianceOne Cellphone Settlement
c/o Gilardi & Co. LLC
P.O. Box 808012
Petaluma, CA  94975-8012

To Whom It May Concern:

I am writing to express my wish to be completely excluded from the *Adams, et al., vs. AllianceOne Receivables Management, Inc.* (Case No. 08-CV-0248), as I do not recall having received on my cell phone (509-833-2835) any type of call during the Class Period described in the legal notice card mailed to my home.

Your immediate attention in this matter is greatly appreciated.

Sincerely,

Diane L. Kallgren

17371 SE 133rd St
Renton, WA 98059

SEATTLE WA 981

25 JUN 2012 PM 5 T

USA FIRST CLASS FOREVER



AllianceOne Cellphone Settlement
C/o Gilardi & Co, LLC
P.O. Box  808012
Petaluma, CA 94976-8012

Attn: Settlement Administrator

*Betty J. Burrell*
870 Ashley Court
Charlottesville, VA 22901
804.690.7121

June 23, 2012

AllianceOne Cellphone Settlement
c/o Gilardi & Co., LLC
ATTN:  Settlement Administrator
P. O. Box 808061
Petaluma, CA 94975-8061

Dear Sir or Madam,

Please exclude me from the Settlement with AllianceOne.  I have yet to receive compensation from any
class action lawsuit.  Henceforth I will always exclude myself whenever notice is received that I might be
entitled to compensation from a class action lawsuit.  I will encourage everyone I know to do the same.
Obviously the only people who are compensated are the attorneys who file the lawsuits.

Thanks, but no thanks.

Betty J. Burrell



BETTY J. BURRELL
870 ASHLEY CT
CHARLOTTESVILE VA 22901-1770

152294

**Claim ID Number:  13636810 7**

ALINC-13636810-7
Postal Service: Please Do Not Mark Barcode

Presorted
First-Class Mail
U.S. Postage
**PAID**
Gilardi & Co.

---

Alliance One Cellphone Settlement
c/o Gilardi & Co. LLC
P.O. Box 808012
Petaluma, CA 94975-8012

# LEGAL NOTICE

*Adams, et al., v. AllianceOne Receivables Management, Inc.*

Case No. 08-CV-0248 JAH WVG

**If You Received a Cellphone or Paper Call from AllianceOne
Using An Automatic Telephone Dialing System Between
February 8, 2004 and November 30, 2010 Your rights could be
affected by a class action settlement!**

A settlement has been proposed in a lawsuit called *Adams, et al., v.
AllianceOne Receivables Management, Inc.* Case No. 08-CV-0248),
which is pending in the United States District Court for the Southern
District of California ("Court").

**Who Is Included?**

You are included in the Settlement as a "Class Member" if (1) you
live in the United States and (2) you received one or more
calls between February 8, 2004 and November 30, 2010 from
AllianceOne Receivables Management, Inc. ("AllianceOne") to
your cellular radio telephone, paging service, specialized mobile radio
service, other radio common carrier service, or any service for
which the called party is charged for the call ("Cellphone") and (2)
the call or calls were made using an automatic telephone dialing
system or an artificial or prerecorded voice and (4) you did not give
prior consent to allow AllianceOne to call your cellphone.

**ALINC**

Betty J. Burrell
870 Ashley Court
Charlottesville, VA 22901

9497560616

AllianceOne Cellphone Settlement
c/o Gilardi & Co., LLC
ATTN: Settlement Administrator
P. O. Box 808061
Petaluma, CA 94975-8061



Case No. 08-CV-0248   JAH WVG
Settlement administrator
Claim ID Number: 112 86 36 20

I wish to be excluded from the
Settlement - of the lawsuit Adams & al.
vs. Alliance One Receivable Management

Ximena Barrientos
7521 SW 176 st
Miami, FL 33157
305-607-1604

Ximena Barrientos

RES10012

9497580616 1

7521 Sw 176 St
Miami, FL 33157

Settlement Administr.
AllianceOne Cellphone Settl.
c/o Gilardi & Co.
PO Box 808061
Petaluma, CA  94975-8061



USA

6/24/11

TO Whom it May Concern:

I File Bankruptcy Chapter 7 I don't want to sue or p be part of this.

Please Remove me From your listint.

Sincerly,
you one

Yvonne Ishak.

AllianceOne Cellphone Settlement
c/o Gilardi & Co. LLC
P.O. Box 808012
Petaluma, CA 94975-8012

File Bankruptcy Chapter 7
Please Remove From Your File
J.I.

Postal Service: Please Do Not Mark Barcode
ALINC-13857735-8

Presorted
First-Class Mail
U.S. Postage
PAID
Gilardi & Co.

**LEGAL NOTICE**

Adams, et al., v. AllianceOne Receivables Management, Inc.

Case No. 08-CV-0248 JAH WVG

If You Received a Cellphone or Pager Call from AllianceOne Using An Automatic Telephone Dialing System Between February 8, 2004 and November 30, 2010 Your rights could be affected by a class action settlement

A settlement has been proposed in a lawsuit called *Adams, et al., v. AllianceOne Receivables Management, Inc.* (Case No. 08-CV-0248), which is pending in the United States District Court for the Southern District of California ("Court").

**Who Is Included?**

You are included in the Settlement
you live in the United States and (
calls between February 8, 2004 an
AllianceOne Receivables Managem
your cellular telephone, paging serv
service, other radio common carrier
which the called party is charged for
the call or calls were made using an
system or an artificial or prerecorded
prior consent to allow AllianceOne to

**ALINC**

Claim ID Number:   138577358

346283

350 NFE 1 5121 00 05/28/12
NOTIFY SENDER OF NEW ADDRESS
ISHAK YVONNE
16810 89TH AVE # B
JAMAICA NY 11432-4328

BC: 11432432810      *1487-04954-26-27

TRIBORO NY 112
BKLYN-QNS-STATEN ISL.
25 JUN 2012 PM 1 T

TO

Allianceone cellphone settlement
C/o Gilardi & Co LLC
P. O Box 808061, Petaluma 7 - 8061
Ca, 94975

949751806i

# - Fax Transmission

**To:**   Dennis Gilardi, Founder/Owner

**Fax:**   dennis.gilardi@gilardi.com

**RE:**   Case No: 08-CV-0248 JAH WVG

**From:**   GLADSTONE GARDNER

**Date:**   5/27/2012

**Pages:**   5

---

**Comments:**

Saturday, May 26th, 2012

Dear Mr. Peter Crudo, CEO & All Parties Whom it May Concern,

This letter is in response to your communication sent by Presorted First Class Mail U.S. Postage Paid Gilardi & Co., for AllianceOne, received on Saturday, May 26th, 2012 at 4:15pm, containing LEGAL NOTICE of Adams, et al., v. AllianceOne Recievables Management, Inc., Case No: 08-CV-0248 JAH WVG, informing Gladstone Gardner of the proposed settlement, herein incorporated by reference and copy of which is attached.

The undersigned, hereby gives notice of Refusal / Rejection upon due presentment of the above referenced presentment, pursuant to Fla. Stat. 674.502, of the settlement proposed, and all related Case Documents herein incorporated by reference, as posted on www.allianceonesettlement.com/home/Casedocs, which include Claim Form, Postcard Notice, Long Form and Frequently Asked Question, Stipulation of Settlement and Release, and Order Granting Preliminary Approval.

/s/ Gladstone Gardner, Secured Party, Natural Person

PRIVACY NOTICE: AllIANCEONE, GILARDI & CO, LLC, Law Offices of Douglas J. Campion, Hyde & Swigart, SKADDEN, ARPS, SLATE, MEAGHER, & FLOM, LLP, OCWEN Loan Servicing, LLC, OCWEN Financial Corporation, PREMIER PUBLIC ADJUSTING, INC, ASSURANT SPECIALTY PROPERTY, FIRST PROTECTOR, RECORDS DEPARTMENT OF MORTGAGE RELIEF ADVISORY and its affiliates (collectively referred to as â€œOCWENâ€), a debt collector, is hereby expressly prohibited, pursuant to 18 U.S.C. Â§ 1028, on sharing any personal Information received from account file of GLADSTONE W. GARDNER at time of assignment, negotiation, transfer, purchase or service about my transactions, experiences, or information about my creditworthiness, which includes the following: Social Security number and income, account balances and payment history, credit history and credit scores for your everyday business, marketing, joint marketing with affiliates, nonaffiliates and other financial companies purposes.



Gardner

Gladstone Gardner **GLADSTONE WOLFGANG GARDNER**
**Natural Person** 7300 SW 167 STREET.
**Art. 1 Sec. 1 & 2** PALMETTO BAY. FLORIDA 33157-3875 (786) 217-5152
**Florida Constitution** ggardner1@live.dadeschools.net

May 26th, 2012

AllianceOne Cellphone Settlement
c/o Gilardi & Co, LLC
Dennis A. Gilardi, Founder/Owner
Peter L. Crudo, CEO
P.O. Box 808012
Petaluma, CA 94975-8012
Fax: (415) 461-0412

**Subject: CASE NO: 08-CV-0248 JAH WVG**
**REFUSAL / REJECTION OF ALLIANCEONE PROPOSED STIPULATION OF SETTLEMENT**
**AND RELEASE; ORDER GRANTING PRELIMINARY APPROVAL**

**Related Case No(s):**
**BAP NO. CC-11-1717; BAP NO. CC-11-1720; BK CASE NO: 8:08-BK-13421-ES**
**OcwenLoan Number:** 7090718086 NMLS # 1852
**Discharged Loan:** Litton Loan Servicing, LLC Loan # 40332957 Original UPB: $700,000.00
**Property Address:** 7300 SW 167th Street, Village of Palmetto Bay, FL 33157
**CASE NO:** 2007-CA-10688 FREMONT INVESTMENT & LOAN V. GLADSTONE GARDNER

**Dear Mr. Peter Crudo, CEO & All Parties Whom it May Concern,**

This letter is in response to your communication sent by Presorted First Class Mail U.S. Postage Paid Gilardi & Co., for AllianceOne, received on Saturday, May 26th, 2012 at 4:15pm, containing LEGAL NOTICE of Adams, et al., v. AllianceOne Recievables Management, Inc., Case No: 08-CV-0248 JAH WVG, informing Gladstone Gardner of the proposed settlement, herein incorporated by reference and copy of which is attached.

The undersigned, hereby gives notice of Refusal / Rejection upon due presentment of the above referenced presentment, pursuant to Fla. Stat. 674.502, of the settlement proposed, and all related Case Documents herein incorporated by reference, as posted on www.allianceonesettlement.com/home/Casedocs, which include Claim Form. Postcard Notice, Long Form and Frequently Asked Question, Stipulation of Settlement and Release, and Order Granting Preliminary Approval.

**ALL PARTIES** concerned knows or should know, the Customer filed his acceptance in accord and satisfaction with Florida Statutes 679.622 and posted bond for transfer of liens to security, which is in the official registry of the Clerk of Miami Dade County, Book 26984/2175 Pages 13; 27003/1797 Pages 4 and on the progress docket of the above case, herein incorporated by reference. OCWEN, as servicer knows or should know, the Clerk of Court is a constitutionally elected official, his office serves as a Custodial Trust of the people (Public), and as a repository of public funds (Fla. Stat. 17.59, 216.011), having a duty to deposit all things of value received in accordance with Fla. Stat. ss. 17.57, 28.245, 28.2455, 218.415, & 280 and the Investment and Monthly Investment Reporting policies of Miami Dade County. **(See 12 U.S.C. 92a and 12 U.S.C. 24(7))**

**NOTICE OF NON-ABANDONMENT.** Notice was given on the 15th day of February 2010, the Principal and Ultimate Equitable Owner claims all intangible property related to the above accounts, and having a right of revocation, revoked the trust granted to Fremont Investment and Loan, its trustees, administrators, agents, and/or assigns, see notice of non-abandonment filed with Miami Dade Clerk of **CASE NO:** 2007-CA-10688 FREMONT INVESTMENT & LOAN V. GLADSTONE GARDNER, herein incorporated by reference.

**NOTICE OF ESTOPPEL BY HOMESTEAD EXEMPTION:** In substantial compliance with the Protection of Private Property Rights under Executive Order(s) 12630, 13406, Fla. Stat. ch. 70 Relief From Burdens on Real Property and in accordance with Article 10 section 4 of the Florida Constitution, herein incorporated by reference, wherein the property owned by a natural person shall be exempt from forced sale under process of any court, and no judgment, decree or execution shall be a lien thereon, Notice of Homestead was given pursuant to F.S. 222.01(3) by certified mail by the Clerk of Court of Miami Dade County, CFN 2010R0144713 BK 27201 Pgs 4101-4105; 5pgs recorded 3/3/2010, herein incorporated by reference.

Pursuant to Florida Statutes 222.01(4), notice was given on the 19th day of September, 2010, herein incorporated, Fremont Investment and Loans failure to institute an action for declaratory judgment within 45 days after service from the aforementioned date to determine the constitution homestead status of the above referenced property, is prima facie evidence, Fremont Investment and Loan, its attorneys, officers, agents, grantees, assignees, lienors, creditors, trustee, servicers, and all other parties claiming an interest by, through and under the Plaintiff, are precluded by estoppel and operation of law from execution or levy on the above referenced real property.

**LEGAL NOTICE** Florida Law Ch. 559.72(9) prohibits claims, attempts, or threats to enforce a debt when such person knows that the debt is not legitimate, or assert the existence of some other legal right when such person knows that the right does not exist.

**PRIVACY NOTICE:** AllIANCEONE, GILARDI & CO, LLC, Law Offices of Douglas J. Campion, Hyde & Swigart, SKADDEN, ARPS, SLATE, MEAGHER, & FLOM, LLP, OCWEN Loan Servicing, LLC, OCWEN Financial Corporation, PREMIER PUBLIC ADJUSTING, INC, ASSURANT SPECIALTY PROPERTY, FIRST PROTECTOR, RECORDS DEPARTMENT OF MORTGAGE RELIEF ADVISORY and its affiliates (collectively referred to as "OCWEN"), a debt collector, is hereby expressly prohibited, pursuant to 18 U.S.C. § 1028, on sharing any personal Information received from account file of GLADSTONE W. GARDNER at time of assignment, negotiation, transfer, purchase or service about my transactions, experiences, or information about my creditworthiness, which includes the following: Social Security number and income, account balances and payment history, credit history and credit scores for your everyday business, marketing, joint marketing with affiliates, nonaffiliates and other financial companies purposes.

**CEASE AND DESIST**
**Signature of Settlor and Holder In Due Course**

For: GLADSTONE W. GARDNER
/s/ *Gladstone Gardner*
By:                                                                May 26th, 2012
Signature Secured Party                                          Date

**CERTIFICATION OF SERVICE**

I HEREBY CERTIFY this **NOTICE OF REJECTION OF ALLIANCEONE PROPOSED STIPULATION OF SETTLEMENT AND RELEASE, ORDER GRANTING PRELIMINARY APPROVAL is** true, complete and correct. A copy of the foregoing shall be forwarded by facsimile or email this 26th day of May, 2012, to Gilardi & Co, LLC c/o Dennis A. Gilardi, Founder/Owner, Dennis.Gilardi@gilardi.com, Peter L. Crudo, CEO, Peter.Crudo@Gilardi.com , Michael Joaquin, Director, Michael.Joaquin@gilardi.com, Bruce H. Cozzi, Fund Controller, Bruce.Cozzi@Gilardi.com, Hyde & Swigart, c/o Joshua Swigart, SBJN: 225557 josh@westcoastlitigation.com, Fax: 619-297-1022, Law Offices of Douglas J. Campion, Esq. SBN: 75381, doug@djcampion.com, Fax: 619-858-0034, Ocwen Loan Services, LLC, Attention: Van C. Durrer, II – State Bar No: 226693 with Skadden, Arps, Slate, Meagher, & Flom, LLP, Fax: 213-687-5600, Ronald M. Faris, President, Ashish Pandey, Exec. Vice President, Care of: Research Department, P.O. Box 24736, West Palm Beach, FL 33146-4738, Facsimile: 1(407) 737-6174; 888-882-1816. Email: mod@ocwen.com;, Miami Dade Economic Crimes Bureaus, ecbinfo@mdpd.com, FBI Miami Miami@ic.fbi.gov, Office of Attorney General State of Florida. Fax 850.410.1630.

AllianceOne Cellphone Settlement
c/o Gilardi & Co. LLC
P.O. Box 808012
Petaluma, CA 94975-8012

REFUSAL UPON DUE PRESENTMENT OF PROPOSED
SETTLEMENT; Rejected Pursuant to Fla. Stat. 674.502
Adams, et al., v. AllianceOne Receivables Management, Inc
Case No. 08-CV-0248 JAH WVG. Pending United States District
Court For the Southern District of California ("Court").
5/26/ 12;   4:15Pm; Indorsed By: _____
Pursuant F.S. 671.207  Natural Person

Presorted
First-Class Mail
U.S. Postage
PAID
Gilardi & Co.

## LEGAL NOTICE

Adams, et al., v. AllianceOne Receivables Management, Inc.

Case No. 08-CV-0248 JAH WVG

**If You Received a Cellphone or Pager Call from AllianceOne Using An Automatic Telephone Dialing System Between February 8, 2004 and November 30, 2010 Your rights could be affected by a class action settlement**

A settlement has been proposed in a lawsuit called *Adams, et al., v. AllianceOne Receivables Management, Inc.* (Case No. 08-CV-0248), which is pending in the United States District Court for the Southern District of California ("Court").

**Who Is Included?**

You are included in the Settlement as a "Class Member" if (1) you live in the United States and (2) you received one or more calls between February 8, 2004 and November 30, 2010 from AllianceOne Receivables Management, Inc. ("AllianceOne") to your cellular telephone, paging service, specialized mobile radio service, other radio common carrier service, or any service for which the called party is charged for the call ("cellphone") and (3) the call or calls were made using an automatic telephone dialing system or an artificial or prerecorded voice and (4) you did not give prior consent to allow AllianceOne to call your cellphone.

## ALINC

Postal Service: Please Do Not Mark Barcode
ALINC-13826988-2

Claim ID Number:   138269882

RETURN TO SENDER WITHOUT DISHONOR

GLADSTONE GARDNER

Article 1
CERTIFIED

Bill of Rights

RECEIVED ON DATE: 05/26/12   TIME: 4:15PM
FOR: GLADSTONE GARDNER  RN135094

**What Is The Case About?:** The lawsuit claims that AllianceOne violated a law called the Telephone Consumer Protection Act by calling cellphones without prior express consent using an automated telephone dialer during the Class Period, Feb. 8, 2004 to Nov. 30, 2010. AllianceOne denies that it broke the law and denies doing anything wrong.

**Summary of the Settlement:** Under the Settlement, which must be approved by the Court, AllianceOne has agreed to pay $9,000,000 into a Settlement Fund. After paying incentive awards to the class representatives, certain administrative expenses, and attorneys' fees that the court will be asked to approve (which will not be more than 30% of the $9,000,000), and after paying the Class costs of litigating this lawsuit, and after paying a donation to a charitable organization of up to $1,000,000 if the total awards to Class Members do not reach $1,000,000, the remainder of the Settlement Fund will be paid to Class Members who file claims. If insufficient claims are filed to exhaust the Settlement Fund, the remainder will be returned to AllianceOne. The details of the Settlement terms can be found at www.AllianceOnesettlement.com or by calling (888) 213-7648.

**Can I Get Money from the Settlement?** Yes, if you are approved as a Class Member you will be entitled to a portion of the Settlement Fund. How much each approved Class Member receives will depend on how many people make claims that are approved. **The maximum amount that any approved Class Member can get from the Settlement Fund is $40.**

**How Do I Make A Settlement Claim?** You can make a claim by either: 1) calling **(888) 213-7648**, 2) by making a claim online at www.AllianceOnesettlement.com; or 3) by mailing a claim to the address of the Settlement Administrator Gilardi & Co. LLC shown below. To make a claim, you will be required to provide 1) your name, 2) your address; 3) the eight digit Claim ID number found on the reverse side of this postcard, if you were mailed the postcard; and 4) if necessary to avoid conflicting claims, the last four digits of your social security number to confirm your identity. If you cannot be identified by the above information, you will also be asked to provide your cell phone number called and to affirm that you received a call to your cell phone from AllianceOne made by a prerecorded voice message, without your prior express consent.

**Do I Have a Lawyer?** Yes. The Court has appointed the following lawyers to represent Class Members: Joshua Swigart, Hyde & Swigart, 411 Camino Del Rio South, Suite 301, San Diego, California 92108, and Douglas J. Campion, Law Offices of Douglas J. Campion, 409 Camino Del Rio South, Suite 303, San Diego, California 92108. The lawyers will be paid from the Settlement Fund.

**What Should I Do?** You should get more information from the Settlement Administrator and make a decision about what your legal rights are. Basically, as a Class Member, you have three options:

(1) You can submit a Settlement Claim to the Settlement Administrator to request a share of the Settlement Fund by **August 6, 2012.** If your Settlement Claim is approved, you will be bound by the Court's decisions in the lawsuit. You will not have the right to sue separately about the issues in the lawsuit.

(2) You can remain a Class Member but object to the Settlement. To do so you must send a letter (not an email) identifying yourself as a Class Member and explaining why you object. Your objection must be sent to both the Settlement Administrator and the Court and be postmarked no later than **August 16, 2012.** You may choose to pay for and be represented by a lawyer who may send the objection for you. See the website for additional requirements if you intend to appear at the hearing.

(3) You can exclude yourself from the Settlement, and be able to sue AllianceOne about the facts at issue in the lawsuit, by mailing a request form to the Settlement Administrator (not the Court). You must state in writing your name, address and telephone number and state that you want to be excluded from the AllianceOne settlement. That request must be postmarked no later than **August 16, 2012.**

**Scheduled Hearing.** The U.S. District Court, Southern District of California, located at 940 Front St., San Diego, CA 92101, will conduct a hearing on whether to approve the Settlement, and if so, will determine what fees and expenses should be awarded to class counsel and whether $10,000 in total incentive payments should be awarded to the Class Representatives that brought this action. The hearing is presently scheduled for **August 27, 2012 at 2:30 p.m.**, but may be changed. Any Settlement Class Member may enter an appearance with the Court through an attorney.

**For more information, contact the Settlement Administrator:** Visit: www.AllianceOnesettlement.com. Call: **(888) 213-7648**

Or Write: AllianceOne Cellphone Settlement, c/o Gilardi & Co. LLC, P.O. Box 808061, Petaluma, CA 94975-8061

**Para ver este aviso en español, visite www.AllianceOnesettlement.com**

730 86th Street
Miami Beach, FL  33141


July 5, 2012


AllianceOne Cellphone Settlement
c/o Gilardi & Co. LLC
Box 8090
San Rafael, CA 94912-8090

Via Certified Mail # 7011 0470 0001 2643 6202

Re:    Adams, et al., V AllianceOne Receivables Management, Inc.
        08-CV-0248 JAH WVG

Dear Settlement Administrator:

Please **exclude** me from the above-referenced lawsuit.  My name, address and
telephone numbers are as follows:

        Grace D. Solis
        730 86th Street
        Miami Beach, FL  33141
        954-588-8214
        305-213-4155
        305-868-0523
        305-867-4635.

Thanking you in advance for your anticipated cooperation.

Sincerely,

Grace D. Solis





U.S. POSTAGE
PAID
MIAMI BEACH, FL
33141
JUL 06 '12
AMOUNT
$3.40
00096657-04





UNITED STATES
POSTAL SERVICE

1000                    94912

CERTIFIED MAIL™

7011 0470 0001 2643 6202

AllianceOne Cellphone Settlement
c/o Gilardi & Co. LLC
Box 8090
San Rafael, CA 94912-8090

94912#8090 B900    |l..l..l..ll.l.....ll.l.l.ll..l..l.ll..l.l.l..l.l.l



Grace D. Solis
730 86th St.
Miami Beach, FL 33141-1116

1-3-12

Clabm I D Numeber

109939751

Yo miccaela Rodriguez

Quiero Ser (excluida.)
de sta esta compania.
O abogados que estan
en contra de esto

miccaela Rodriguez

ABILENE TX 796

03 JUL 2012 PM 1 T

Micaela Rodriguez
1419 AVE C
Brownwood TX
76801

Alliance One Cellphone Settlement
Bob Gllardi & Co. LLC.
P.O Box 808012
Petaluma, Ca. 94975-8012

94978-8012

AllianceOne Cellphone Settlement
c/o Gilardi & Co. LLC
P.O. Box 808012
Petaluma, CA 94975-8012                    July 5, 2012

To Whom It May Concern:

This letter is written to inform you, the Settlement Administrator for case 08-CV-0248 in the U.S. District Court for the Southern District of California, that Brent Crummey does request to be excluded for the proposed Settlement.

Sincerely,

Brent Crummey
5906 Bermuda Dunes Dr.
Houston, Texas 77069
281-213-0098

Brent Coumey
5786 Bermuda Dunes Dr
Houston Texas 77069

9497580121212

AllianceOne Cellphone Settlement
c/o Giladi & Co. LLC
P.O. Box 808012
Petaluma, California 94975-8012

July 2, 2012

To Whom This Concerns,

My name is Sandra J Carley of 3595 N. Ridge Rd. #5 Perry, Ohio 44081-8724

At this point in time, I do not have a phone and I couldn't even begin to remember what number I had when this lawsuit came about.

Please exclude me from the alliance One settlement. I do not want to be involved in anyway.

Thank you,
Sandra J Carley





Alliance One Cellphone Settlement
C/o Gilardic Co., LLC
P.O. Box 80806
Petaluma, Ca, 94975-8061

Sandra Carden
Rambury Ridge Rd. #5
Stewart, AL 35653
44180-8734

July 2, 2012

Claim ID Number: 155724827

Michael Strickland
3231 Lagrange Dr
Maryville, Tn 37804

Are you people really fucking serious? What a damn waste of court time over a company doing their job to collect debts. Does the idiot who initiated this ridiculous lawsuit not have **free** voice mail that has been available from all cell phone carriers since I can remember.  I would really like to know if any of the attorneys, court officials or any other morons attached to this need a new hole in the head to let some sunshine in so you can get on with the real and bigger cases that need attention. Need some examples well here you go any that involve murder, rape, child pornography, drugs, even maybe illegal immigrants are more important than this bullshit.

If you have not figured it out yet, remove me, MICHAEL STRICKLAND from this dumbass lawsuit. The maybe $40.00 forty dollars I might receive in the next 2-6 years is not going to break my wallet. But I sure bet the 2,700,000 you stupid fucking attorneys are making for this RIDICULOUS lawsuit is well sure making you sleep good at night.

Sincerely
Does not give a damn
Michael Strickland

July 2, 2012

Disclaimer for the following letter.

Since the world must have disclaimers, the letter you are about to read in NO WAY is a threat

to any kind of kind of violence. Just my observance of your stupidity.

Michael Strickland

Yes, I don't want to participate in This Settlement, I need to get out of the Settlement. I didn't do anything wrong



FOREVER                    USA

I mean I did not make any calls on this dates so, I need to exclude myself from This Settlement in Adams v. AllianceONE. Thank you!

My NAME: Mario A. Molina

Address: 709 Chestnut ct. Iowa City, IA 52240



telePHONE NUMBER: 319 3541598

7-08-12

Mario Molina
709 Chestnut Ct.
Iowa City, IA 52240-4326

CEDAR RAPIDS IA 524

07 JUL 2012 PM 2 T

Alliance One Settlement
Gilardi & Co., LLC
P. O. Box 8090
San Rafael, CA 94912-8090

Alinc

Im sorry

Pero NO quiero ser Parte
del Caso Lo siento mucho

Yolanda M Benauides

AllianceOne Cellphone Settlement
c/o Gilardi & Co. LLC
P.O. Box 808012
Petaluma, CA 94975-8012

Presorted
First-Class Mail
U.S. Postage
**PAID**
Gilardi & Co.

## LEGAL NOTICE

Adams, et al., v. AllianceOne Receivables Management, Inc.

Case No. 08-CV-0248 JAH WVG

**If You Received a Cellphone or Pager Call from AllianceOne Using An Automatic Telephone Dialing System Between February 8, 2004 and November 30, 2010 Your rights could be affected by a class action settlement**

A settlement has been proposed in a lawsuit called *Adams, et al., v. AllianceOne Receivables Management, Inc.* (Case No. 08-CV-0248), which is pending in the United States District Court for the Southern District of California ("Court").

**Who is Included?**

You are included in the Settlement as a "Class Member" if (1) you live in the United States and (2) you received one or more calls between February 8, 2004 and November 30, 2010 from AllianceOne Receivables Management, Inc. ("AllianceOne") to your cellular telephone, paging service, specialized mobile radio service, other radio common carrier service, or any service for which the called party is charged for the call ("cellphone") and (3) the call or calls were made using an automatic telephone dialing system or an artificial or prerecorded voice and (4) you did not give prior consent to allow AllianceOne to call your cellphone.

## ALINC

Postal Service: Please Do Not Mark Barcode
ALINC-13270331-9

**Claim ID Number:    132703319**

YOLANDA BENAVIDAS
515 PRECIOUS DR
SAN ANTONIO TX 78237-3155

16/987

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
09 JUL 2012 PM 4 L

Yolanda M Benavides
515 Precious Dr.
San Antonio Texas 78237

Gilardi & Co.
P.O. Box 8090
San Rafael
California 94913

5491280909O

Alinc

07/9/2012

TO: Whom may concern

I'm writing on the behave of Me Ashley Cox. I will like to be taken Off of this list with Alliance One Cellphone settlement, I didnot sign up for this and I'm wondering how my name get on the list. SO I would like to be remove from this company, my identity, I will not be able to make it to the hearing, Because I stay a long Way from there, If any concern please fill free to write me, my phone is (423) 505-2978. Address is 3701 Svondale Trail Thanks, a.c. Choat, TN 37406

The Cliam number is 140177485. Also the Case number is D8-CV-0248

CHATTANOOGA
TN 374 21

CA

AllianceOne Cellphone Settlement

c/o Gilardi & Co. LLC

P.O. Box 808012

Petaluma, CA 94975-8012



Do not include me.

Amy B.Shumate

Presorted
First-Class Mail
U.S. Postage
PAID
Gilardi & Co.

Postal Service: Please Do Not Mark Barcode
ALINC-13232199-8

**Claim ID Number:  132321998**

901-491-8068

AMY BEARDEN
308 TRIGG DR
MARION AR 72364-2649

## LEGAL NOTICE

**Adams, et al., v. AllianceOne Receivables Management, Inc.**

Case No. 08-CV-0248 JAH WVG

**If You Received a Cellphone or Pager Call from AllianceOne Using An Automatic Telephone Dialing System Between February 8, 2004 and November 30, 2010 Your rights could be affected by a class action settlement**

A settlement has been proposed in a lawsuit called *Adams, et al., v. AllianceOne Receivables Management, Inc.* (Case No. 08-CV-0248), which is pending in the United States District Court for the Southern District of California ("Court").

**Who Is Included?**

You are included in the Settlement as a "Class Member" if (1) you live in the United States and (2) you received one or more calls between February 8, 2004 and November 30, 2010 from AllianceOne Receivables Management, Inc. ("AllianceOne") to your cellular telephone, paging service, specialized mobile radio service, other radio common carrier service, or any service for which the called party is charged for the call ("cellphone") and (3) the call or calls were made using an automatic telephone dialing system or an artificial or prerecorded voice and (4) you did not give prior consent to allow AllianceOne to call your cellphone.

## ALINC



AllianceOne
c/o Gilardi + Co LLC
PO Box 808012
Petaluma CA
94975-8012

18 JUL 2012 PM 5 L

MEMPHIS TN 380