*Adams v. AllianceOne Receivables Management, Inc. et al*
*United States District Court, Southern District of California*
*Case No. 08-CV-0248-JAH-WVG*

## CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California where the mailing occurs: My business address is 411 Camino Del Rio South, Suite 301, San Diego, CA 92108.  I am readily familiar with our business' practice of collecting, processing and mailing of correspondence and pleadings for mail with the United Postal Service.

On the date below I electronically filed with the Court through its CM/ECF program and served through the same program the following document(s):

- Memorandum of Points and Authorities in Support of Plaintiff's Joint Motion for Final Approval of Class Action Settlement
- Declaration of Christina Adams in Support of Joint Motion for Final Approval of Class Action Settlement
- Declaration of Sarah Gabany in Support of  Joint Motion for Final Approval of Class Action Settlement
- Declaration of Joshua B. Swigart in Support of Joint Motion for Final Approval of Class Action Settlement
- Declaration of  Douglas J. Campion in Support of Joint Motion for Final Approval of Class Action Settlement
- Declaration of Tricia M. Solorzano In Support of Motion for Final Approval of Class Action Settlement; and Exhibits A-F
- Declaration of Dennis Gilardi In Support of Joint Motion for Final Approval of Class Action Settlement
- Declaration of Hugh McCabe In Support of Joint Motion for Final Approval of Class Action Settlement

| **Dane Joseph Bitterin, Alan Boyd Graves, David P. Hall and Hugh Anthony McCabe** <br> Neil Dymott Frank McFall & Trexler <br> 1010 Second Avenue, Suite 2500 <br> San Diego, CA 92101 | **Morgan J. Miller** <br> Paul, Hastings, Janofsku & Walker LLP <br> 875 15th Street, N.W. <br> Washington, DC 20005 |
|---|---|

**HYDE & SWIGART**
San Diego, California

---

**Certificate of Service**

1   On the interested parties in said case addressed as follows:

2

3

    [ X ]         ELECTRONICALLY, Pursuant to the CM/ECF System, registration as a CM/ECF user
4              constitutes consent to electronic service through the Court's transmission facilities.  The
               Court's CM/ECF system sends an email notification of the filing to the parties and counsel
5              of record listed above who are registered with the Court's EMC/ECF system.

6
    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and
    correct.  Executed on July 30, 2012, at San Diego, California.
7

8

                                                    /s Katherine Aul
9                                                   Katherine Aul

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HYDE & SWIGART
San Diego, California

_____

**Certificate of Service**