P.C. Holland
8666 W. Stockton Blvd.
Elk Grove, CA 95758
(Phone number: none)



Clerk of the Court
U.S. District Court
Southern District of California
880 Front Street, Suite 4290
San Diego, CA 92101-8900

August 6, 2012

RE: **Adams v. AllianceOne Class Action Settlement**
    NOTICE OF OBJECTION  — FORMAL OBJECTION

Dear Presiding Judge:

I formally object to the proposed settlement in this case, *Christina M. Adams, et. al., vs. AllianceOne Receivables Management, Inc., Case 08-CV-0248 JAH WVG.*.

I am a class member.

I do not intend to speak at the fairness hearing.

My reasons for objection are that the award of only $40 per class member or per pre-record violates the clear language of the Telephone Consumer Protection Act and is therefore outside the authority of the court to approve.

The Telephone Consumer Protection Act *requires* ("shall") an award of statutory damages of $500 or greater for each violation consisting of a pre-record call to a cell phone or mobile device. Although there is a provision allowing the court to increase, up to trebling, such statutory damages, *there is no provision allowing the court to reduce such statutory damages.*

Therefore the proposed settlement, which provides for only $40 per class member at most, facially violates the TCPA. Whether or not the court thinks the proposed settlement is fair, it is

Page 1 of 3

improper to approve a settlement which abrogates such a central, crystal-clear provision of law.

The settlement needs to be amended to provide for $500 statutory damages for each illegal pre-recorded call to to a class member's cell phone or other mobile device.

Respectfully submitted,

P.C. Holland

# PROOF OF SERVICE

*Christina M. Adams, et. al., vs. AllianceOne Receivables Management, Inc., Case 08-CV-0248 JAH WVG..*

I mailed a copy of my objection to the proposed settlement, including this Proof of Service, to the following, by First Class mail, on August 6, 2012.

Douglas J. Campion
Law Offices of Douglas J. Campion
409 Camino Del Rio South, Suite 303
San Diego, CA 92108

Joshua Swigart
Hyde and Swigart
411 Camino Del Rio South, Suite 301
San Diego, CA 92108

Hugh A. McCabe and David P. Hall
Neil Dymott Frank McFall & Trexler, LLP
1010 Second Avenue, Suite 2500
San Diego, CA 92101

Settlement Administrator,
Adams v Alliance One Settlement
Gilardi and Co., LLC
Box 8090
San Rafael, CA 94912-8090