08CV248-JAH(WVG)

David O. Osawe
333 Mabry Street, #F
Tallahassee, Florida 32304
August 15, 2012

TO:
The US District Court
for Southern District of
California, 940 Front Street,
San Diego, California 92101

Re: Adams et. al Vs. AllianceOne Receivable Management, Inc.
    Case # 08-CV-0248

I am a class member in the Court Settlement in the case cited above. I wish to remain a class member but I object to the settlement, on the grounds that I am inadequately compensated for the emotional distress I incurred from persistent telephone harassments, inflicted on me by AllianceOne. I believe that Adams et. al. suffered no more than I did and, I should, therefore be commensurately compensated.

Name: David O. Osawe
Address: 333 Mabry Street, Tallahassee, FL 32304
Class Member Identification # 149759622
Social Security #: 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

Best Compliments to you and staff.

I am,
Yours Respectfully,
David Osawe (signed)
DAVID O. OSAWE

Sender: Dr. David O. Osowe
333 Mabry Street, #F
Tallahassee, FL 32304

**CERTIFIED MAIL**






7011 3500 0001 6261 8533    1000    92101

U.S. POSTAGE
PAID
TALLAHASSEE, FL
32304
AUG 16, '12
AMOUNT
$3.40
00091461-06

The District Court for Southern District
for Southern California
940 Front Street
San Diego, California 92101

9210138971

