Eric B. Nelson
1448 Hornblend Street, Apt. A
San Diego, CA 92109-8603
(760) 525-5395

FILED

2012 AUG 22  AM 11:00

CLERK U...
SOUTHERN DIST...

BY M0

August 16, 2012

**NUNC PRO TUNC**

**AUG 2 0 2012**

Clerk of the Court
U.S. District Court
Southern District of California
880 Front Street, Suite 4290
San Diego, CA 92101

Re: *Christina M. Adams, et al., vs. AllianceOne Receivables Management, Inc.*
    Case No. 08-CV-0248 JAH WVG

Dear Clerk:

The Notice is misleading. The "fund" for the class is about $4M and "my" attorneys seem to think the actual claims will be less than $1 million.

The maximum available claim to each class member is $40, however even an elementary Google search reveals the TCPA provides a $500 or $1,500 penalty per illegal call. These penalties juxtaposed with the $40 that I (and everyone else) might collect for the numerous calls I received leaves a very large disparity. In addition, everyone knows most people do not read these (consumer unfriendly) settlement notices, so it's unlikely the fund will be exhausted. And Alliance gets a $3,000,000 refund.

As for the unclaimed balance of the minimum $1,000,000 amount – I have the right to know where the money is going before the court approves any disbursements to non-class members and the reason they are on the list.

Also, the attorney fee request is excessive. My question is simply how do they get more than the class (and non-class recipients)? I'm not sure of the legal measure of a "fair" fee, but it should have something to do with their clients' recovery. They must be really smart lawyers because their hourly rate is very high.

Finally, it appears the attorneys aren't the only ones scoring big on this case. Who is Hansen and Levey, and what did they do for $250K? And how could the "administrator" spend more than the class will ever recover? What are they spending all that money on?

In sum, a few class members get $40.00 – the lawyers and their friends get five million. It's like a cartoon in the Sunday paper. And Alliance will, no doubt, keep calling!

Eric B. Nelson

Copy to:
Gilardi & Co LLC
P.O. Box 8090
San Rafael, CA 94912-8090