NUNC PRO TUNC
AUG 16 2012

14 August 2012

FILED
2012 AUG 22 AM 10:58
CLERK US...
SOUTHERN DIST...

BY_____

To Whom It May Concern:

This letter is regarding the settlement in the AllianceOne Cellphone case. My name is Tom O'Neill (Thomas J. O'Neill; Claim ID Number 110098676), and I have already submitted a claim to the Settlement Administrator requesting a share of the Settlement Fund in this case. However, I also would like to voice an objection to the settlement as it was described in the correspondence sent to me by (I suppose it must have been) the Settlement Administrator. My objection is that I think that it is unconscionable that (as I quote the letter that was sent to me), "The maximum amount that any approved Class Member can get from the settlement fund is $40.00;" and also that, "If insufficient claims are filed to exhaust the Settlement Fund, the remainder will be returned to AllianceOne."

First, please make no mistake about this: regardless of what they may have claimed ("AllianceOne denies that it broke the law and denies doing anything wrong."), AllianceOne did deliberately use illegal methods in this case, and did harass people in the public. In my own case, they used apparent trickery to get my phone number off the internet, after which they inundated me with phone calls that were clearly made with the use of a machine. I interacted with them two or three times over the phone, and on at least two occasions I told them that they did not have permission to call me, and that what they were doing was illegal; I also told them that if they didn't leave me alone, I would sue them. The phone calls eventually did taper off, but not right away or anything close to it, and I can say for certain that after the first time I confronted them with the illegality of what they were doing and threatened to sue them, they

122

showed no regard whatsoever for my wishes, and kept on with the harassing phone calls just as much as they had before, not letting up at all.

If I understand rightly the terms of this settlement (as described in my correspondence from the Settlement Administrator), there is an original Settlement Fund of $9,000,000.00, from which will come: (1) up to $3,000,000.00 for attorney's fees; (2) up to $1,000,000.00 of donations to a charitable organizations; and (3) an unknown amount for awards to the class representatives (plus some other expenses); after which the rest of the money will be split between the remaining Class Members--but that no remaining Class Member will get more than $40.00 no matter what, and whatever money is left over after that will all go back to AllianceOne. As I look at this situation, it is obvious to me that the point of all this for AllianceOne is to pay out some money to try to make sure that no one else sues them for what they did. At the same time, though, they want to minimize how much they have to pay, so they'd like to arrange for all of us to agree to accept only $40.00 maximum apiece, in return for which we all have to accept being legally bound to never sue them again. Well, when you consider that they already got sued once by somebody just like all of us for millions of dollars and lost--and then when you consider further that even if someone didn't happen to want to go to any time or trouble with this case could still very easily (no fuss, no muss) sue them in Small Claims court for up to $7,500.00 (and could subpoena from them all documents relevant to the case, with AllianceOne having no advantage, having to defend themselves in court with no help from lawyers)--it is to my mind really obvious that this business about a $40.00 payout is just a continuation of the same unrepentant con artist behavior that got them into trouble in the first place. They're trying to play us for fools--and boy, they must really think we are foolish idiots,

to be bought out with such an insultingly, unacceptably low sum, even at the same time that the plan says they will get back all the money in the Settlement Fund that isn't used.

I'm not going to say how much each individual should be paid in this case, because I don't know what that total should be, and would rather leave that up to the judge to determine. However, I would ask the judge to please consider the points that I've made, and to try reward us with a total that is fair and reasonable, considering the facts of the law AllianceOne willfully violated and the way they treated all of us. I would say one thing more about the money total, and that is that I'm not sure why AllianceOne would be given any money back at all out of the Settlement Fund, and why the total amount of the money left in the fund should not be evenly distributed among all of us. When I say that I'm not sure, that's precisely what I mean, as I'm not certain what's best (perhaps there's some point I'm not considering?), and would rather defer to the judge's opinion in the case--I am certain, however, that this no more than $40.00 each business, with AllianceOne getting money back, is the most ridiculous nonsense.

All of this said, while I do respect the court's authority and decision, at the same time if the court were to stay with the exact plan that has been laid out in the correspondence to me, and to rule that we all must accept that $40.00 ceiling (while at the very same time AllianceOne gets money back from the Settlement Fund), in that case I would have to withdraw my former request to be a Class Member, and would keep my legal option open to pursue a lawsuit of my own with AllianceOne. It would be nice if we all could just settle this whole thing right now in court with no further ado (and I'm hoping that that's what we do), but that $40.00 buyout with AllianceOne getting money back is (as I said earlier) to my mind just not acceptable.

Well, I believe I have explained well and made clear my feelings in this case. Thank you all then very much for your time and trouble, and I plan to see you all in the court. Thanks again...

Sincerely,

*Tom O'Neill*

Tom O'Neill