Gordon B. Morgan
4701 Ayers Street, Suite 105
Corpus Christi, Texas 78415
Telephone: (281) 773-4097

August 16, 2012

United States District Court
Clerk of the Court
880 Front Street, Suite 4290
San Diego, CA 92101-8900

Re: Case No. 08-CV-0248-JAH(WVG); *Adams, et al., v. AllianceOne Receivables Management, Inc.*; Southern District of California.

Dear Clerk of the Court:

My name is Gordon Morgan, my address and telephone number are as follows:

Gordon Morgan
4701 Ayers Street, Suite 105
Corpus Christi, Texas 78415
Telephone: (281) 773-4097

See attached as Exhibit A my claim form. Attached as Exhibit B is the notice I received.

I object to the proposed settlement as follows:

This settlement appears to be a standard $9 million dollar common fund settlement where the class will end up splitting up approximately 75% of this amount, or approximately $6,750,000. It is not. Instead, the settlement is set up so the class will likely receive less than $4,000,000 out of a claimed $9 million fund. This is what gives class actions a bad name.

Objection is made to the extent the proponents of this settlement do not discharge their burden of proof concerning the fairness, adequacy and reasonableness of the proposed settlement and the specifics of their efforts to provide actual mailed notice to ALL class members, including the total number of class members, how many letters were sent, and what they did with any returned mail and the volume of returned mail.

Objection is also made to the class notice in that it suggests that class members will keep ALL of the $9 million fund so long as claims exceed $1,000,000 (so the cy pres does not kick in, which has been represented to be the case) less a 30% attorneys' fee, expenses not to exceed $350,000 and a few $10,000 incentive awards. As an initial matter, objection is made to the 30% attorneys' fee application and the $10,000 in incentive awards. Both amounts are excessive under the circumstances. Attorneys' fees should not exceed 25% and that 25% should be measured against the fund actually available to the class, in other words it should be no more than 25% of the $9 million fund less cost of notice and cost of administration. Cost of notice and cost of administration should not be measured as any part of the common fund that applies to determine a fee award as a percentage of the recovery. In addition the fees are excessive under a lodestar analysis as well, in addition to a percentage of recovery analysis.

The notice is also flawed and Constitutionally inadequate under due process protections because the notice does not disclose the amount of the costs of administration and notice. These costs are likely to take a substantial part of the settlement fund away from the class, but they are neither capped nor estimated in the notice. This renders the settlement grossly unfair and the notice inadequate. The whole tenor of the class notice seems to suggest that after deducting 30% in fees, $350,000 in expenses and some incentive awards, that the class will receive the remainder. In fact, the amount actually available for distribution to the class will likely be a tiny fraction of the common fund. That is unfair, but the fact that it is not disclosed in the notice what those other deductions will be renders the settlement notice inadequate and fatally flawed.

The settlement should not be approved and attorneys' fees and incentive awards should be rejected.

Sincerely,

Gordon B. Morgan

cc:

Settlement Administrator
AllianceOne Settlement c/o
Gilardi & Co., L.L.C.
P.O. Box 88090
San Rafael, CA 94912-8090



**Must Be Postmarked
No Later Than
August 6, 2012**

# ALINC

*Adams, et al., v. AllianceOne Receivables Management, Inc.*
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
*Case No. 08-CV-0248 JAH WVG*

# CLAIM FORM

You are a Class Member if AllianceOne or its subsidiaries or agents called your cell phone or other mobile device between February 8, 2004 and November 30, 2010 using autodialing equipment or with a prerecorded voice message without your prior express consent to be called in that manner. If you are a Class Member, you must file a claim by August 6, 2012 to receive a settlement award.

**Please fill out the information below and mail your completed Claim Form to:**

**AllianceOne Cellphone Settlement
c/o Gilardi & Co. LLC
P.O. Box 808061
Petaluma, CA 94975-8061
Tel. 1-888-213-7648**

## CLAIMANT IDENTIFICATION

Please fill in your information below. (Please do not use red ink or pencil.)

First Name: Gordon
M.I.: B.
Last Name: Morgan

Address 1: 4701 AYERS
Address 2: #105

City: Corpus Christi
State: TX
Zip Code: 78415

Cell Phone Number(s) on which you may have been called by AllianceOne.
1. 281-673-4097

Last four digits of your Social Security Number: 8450

All the information supplied in this Claim Form is true and correct to the best of my knowledge and belief and this document is signed under penalty of perjury.

Signature: /s/

Ex. A

AllianceOne Cellphone Settlement
c/o Gilardi & Co. LLC
P.O. Box 808012
Petaluma, CA 94975-8012



Presorted
First-Class Mail
U.S. Postage
PAID
Gilardi & Co.

## LEGAL NOTICE

Adams, et al., v. AllianceOne Receivables Management, Inc.

Case No. 08 CV-0248 JAH WVG

If You Received a Cellphone or Pager Call from AllianceOne Using An Automatic Telephone Dialing System Between February 8, 2004 and November 30, 2010 Your rights could be affected by a class action settlement

A settlement has been proposed in a lawsuit called *Adams, et al. v. AllianceOne Receivables Management, Inc.* (Case No. 08-CV-0248), which is pending in the United States District Court for the Southern District of California ("Court").

**Who Is Included?**

You are included in the Settlement as a "Class Member" if (1) you live in the United States and (2) you received one or more calls between February 8, 2004 and November 30, 2010 from AllianceOne Receivables Management, Inc. ("AllianceOne") to your cellular telephone, paging service, specialized mobile radio service, other radio common carrier service, or any service for which the called party is charged for the call ("cellphone") and (3) the call or calls were made using an automatic telephone dialing system or an artificial or prerecorded voice and (4) you did not give prior consent to allow AllianceOne to call your cellphone.

## ALINC



Postal Service: Please Do Not Mark Barcode
ALINC-11266558-6

Claim ID Number: 112665586

173057

GORDON MORGAN
4701 AYERS ST STE 105
CRP CHRISTI TX 78415-1420



Ex. B

Gordon B. Morgan
4701 Ayers Street #105
Corpus Christi, Texas 78415

 

United States District Court
Clerk of the Court
880 Front Street, Suite 4290
San Diego, CA 92101-8900

9210136929 C037