Mary Margaret Smith
2112 Hillcrest Street
Fort Worth, Texas 76107
817.584.2332



FILED

12 AUG 22 AM 11:45

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

August 16, 2012

Clerk of the Court
U.S. District Court
Southern District of California
880 Front Street, Suite 4290
San Diego, CA 92101
**VIA CMRRR NO. 7010 1670 0001 6296 1498**

## NOTICE OF OBJECTION TO CLASS SETTLEMENT

Re:   Christina M. Adams, et al., vs. AllianceOne Receivables Management, Inc.
      Case No. 08-CV-0248 JAH WVG

Dear Clerk:

I am a class member in the above-referenced cause because I received debt collection phone calls from AllianceOne on my cell phone between 2003 and 2010.

There is a lot of fuzzy math going on here with this alleged $9,000,000.00 settlement, but here are the real numbers:

$1,000,000.00 for the class (and unknown charities).
$4,820,000.00 for lawyers, experts and accountants.
$3,000,000.00 for AllianceOne.

I believe that $2,700,000.00 for the lawyers is too much. It's time for a change in the broken class action system and I hope this court will pioneer a movement to link attorney fees to actual class pay-outs.

The claims deadline needs to be extended because hopefully this court will demand a larger per person payout so more people will make claims. How can I make a claim on a settlement that is not final? The amount stated in the notice says "the maximum amount that any approved Class Member can get from the Settlement Fund is $40." $40.00 is half a tank of gas.

During the time period between 2003 and 2010, I received at least 20 illegal calls, that's $10,000.00 minimum.

Clerk of the Court
US District Court
Southern District of California
Page 2


Furthermore, what is cy pres and who is getting the money? And how will those donations help the class? Why wasn't this disclosed.

Please acknowledge my objection and notify me of any future settings or any other deadlines regarding this case. If you have any questions, do not hesitate to contact me.

Sincerely,

*[signature]*

Mary Margaret Smith
2112 Hillcrest Street
Fort Worth, Texas 76107
**Claim ID Number:   154819123**

Copy to:
Gilardi & Co LLC
P.O. Box 8090
San Rafael, CA 94912-8090
**VIA CMRRR NO. 7010 1670 0001 6296 1504**

**CERTIFIED MAIL**

Mary Margaret Smith
2112 Hillcrest Street
Fort Worth, Texas 76107

7010 1670 0001 6296 1498



RECEIVED
IN CHAMBERS
AUG 20 2012

Clerk of the Court
U.S. District Court
Southern District of California
880 Front Street, Suite 4290
San Diego, CA 92101

U.S. POSTAGE PAID
FT WORTH, TX
76107
AUG 16, '12
AMOUNT
$5.75
00079367-09

1000   92101

9210158929 C037