# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA M. ADAMS AND SARAH GABANY, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>                    Plaintiffs,<br><br>vs.<br><br>ALLIANCEONE RECEIVEABLE MANAGEMENT, INC.,<br><br>                    Defendant. | Case No.: 08 CV 0248 JAH WVG<br><br>CLASS ACTION<br><br>**SUPPLEMENTAL DECLARATION OF TRICIA M. SOLORZANO ON BEHALF OF SETTLEMENT ADMINISTRATOR REGARDING NOTICE AND CLAIMS PROCESS IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing Date:  August 27, 2012<br>Time:                2:30 p.m.<br>Hon.                 John A. Houston<br>Courtroom:     11 |

I, Tricia M. Solorzano, hereby declare as follows:

1.      I am employed as a case manager by Gilardi & Co. LLC ("Gilardi"), located at 3301 Kerner Boulevard, San Rafael, California. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.  I have previously submitted a declaration in support of Final Approval of the Class Action Settlement and this declaration may be in part duplicative of that prior declaration.  However, that declaration was not complete as to the claims submitted, opt outs and objections submitted because it was filed prior to the close of all the deadlines, i.e., the deadline for filing claims, the deadline for requesting to

1  be excluded from the settlement and the deadline for objecting to the settlement. This declaration is
2  intended to supplement the prior declaration and to present the Court with the final numbers of claims
3  filed, opt outs and objections.

4    2.  Over the course of the 28 years since its inception, Gilardi has provided settlement
5  administration services in thousands of class action cases, including more than 20 years of experience
6  administering settlements on behalf of the Federal Trade Commission.

7    3.  Gilardi was retained to, among other tasks, prepare and execute the approved Notice plan
8  in this matter, which includes: (i) establishing the Settlement Website, (ii) delivering the Notice to
9  Settlement Class members via U.S. mail, and (iii) providing call center support. Gilardi was also retained
10 to provide claims administration, including receiving and paying claims.

11   4.  Gilardi was also retained to send the Class Action Fairness Act ("CAFA") notices to the
12 fifty attorneys general and the U.S. Attorney General in this matter. This notice was mailed out on March
13 5, 2012. In addition to the letter, a CD containing the documents listed on the letter in a pdf format was
14 included in the mailing to each recipient. To date, we have had no objections from service of that CAFA
15 notice.

16   5.  I oversaw the settlement administration services Gilardi provided in this matter. True and
17 correct copies of the Settlement Notice, Postcard Notice, and Claim Form are attached hereto as Exhibits
18 A, B, and C, respectively. In doing so, I reviewed the Court's Preliminary Approval Order entered April
19 23, 2012 and the Stipulation of Settlement and Release entered into by the Parties. The notice plan in this
20 case complied with these documents and the relevant Court orders.

21   6. Gilardi, through its in-house advertising agency, Larkspur Design Group (LDG), caused the
22 Summary Notice to be published in the May 23, 2012 edition of USA Today. A true and correct copy of
23 the Summary Notice, as printed in the publication, is attached hereto as Exhibit D.

24   7.  On May 23, 2012, LDG released a press release over PR Newswire's US1 National
25 Newsline. The US1 National Newsline provides the press release to thousands of media outlets across the
26 country, including national and local newspapers, websites, and television and radio stations. A true and
27 correct copy of the press release is attached hereto as Exhibit E. LDG conducted a targeted online
28 advertising campaign. The campaign included Google AdWords Sponsored Links which have as of July

1  18, 2012 generated 3,523,927 impressions and PulsePoint Contextual Banner Display Ads which have as
2  of July 18, 2012 generated 10,390,273 impressions. An impression (in the context of online advertising) is
3  a measure of the number of times an ad is visible to someone viewing the website, whether it is clicked on
4  or not. Each time an ad is displayed to a visitor it is counted as one impression.

5      8.    Gilardi received 6,079,411 records from the Defendants containing the names and
6  addresses of Settlement Class members. From this data, Gilardi created a master mailing list. Prior to
7  mailing of the Postcard Notices, the names and addresses on the master mailing list were processed
8  through the National Change of Address ("NCOA") database to update any change of address on file with
9  the United States Postal Service ("USPS"). In that Notice Database, there were 620,356 records that did
10 not have any address information. Gilardi also ran a reverse phone number search for those 620,356
11 records, and found addresses for 301,803 of those records. In addition, Gilardi removed 279,538 duplicate
12 records so that each potential Class member received only one notice, and further removed 169,707
13 incomplete address records from the master mailing list. Therefore, we had addresses for all but 488,260
14 persons in the Notice Database.

15     9.    On May 23, 2012 Gilardi mailed 5,627,963 Postcard Notices to all Settlement Class
16 members on the master mailing list.

17     10.    On May 23, 2012, Gilardi caused a copy of the Notice and Claim Form to be posted on the
18 Internet at the following URL: www.allianceonesettlement.com (the "Settlement Website"). The
19 Settlement Website will remain active until all Valid Claims are paid in this action. On the Settlement
20 Website, Settlement Class members may view and print copies of the Postcard Notice, Long Form Notice
21 and Frequently Asked Questions, Claim Form, Preliminary Approval Order, Settlement Agreement, and
22 court documents relating to the Fee Motion. In addition to viewing these documents, Settlement Class
23 members were able to electronically file a Claim.

24     11.    As of August 20, 2012, Gilardi has received 47,795 electronically filed Claims via the
25 Settlement Website. On May 23, 2012, Gilardi established a toll free telephone number, (888) 213-7648,
26 that Settlement Class members may call to listen to answers to Frequently Asked Questions, request that a
27 Claim Form or Notice packet be mailed to them, or file a Claim over the phone.

28     12.    As of August 20, 2012, Gilardi has received 21,595 Claims filed over the phone.

1     13.    Of those claims, as of August 20, 2012, 5,203 were claims filed by persons who were not on the Class list (designated as "Unknown Claims" in our Weekly Reports) but were filed by persons that declared under penalty of perjury that they were called by AllianceOne during the Class Period and they provided the cell phone number called. These claims are permitted under Section 9.4 of the Settlement Agreement.

    14.    Also, as of August 20, 2012, there were 56 persons that attempted to file a claim but were listed on the List of Excluded Numbers so their claims were denied.

    15.    Since mailing the Postcard Notice to the Settlement Class members, Gilardi has received 1,308,891 unique Postcard Notices returned by the USPS with undeliverable addresses. Gilardi performed a "skip trace" search for these Class members and found 1,133,664 new addresses. Gilardi then re-mailed Postcard Notices to the updated addresses.

    16.    The post-mark deadline for Settlement Class members to submit a Claim was August 6, 2012. As of August 20, 2012, Gilardi has received 1,371 Claims filed by mail.

    17.    Of those claims, as of August 20, 2012, 1,143 were claims filed by persons who were not on the Class list but were filed by persons that declared under penalty of perjury that they were called by AllianceOne during the Class Period and they provided the cell phone number called. These claims are permitted under Section 9.4 of the Settlement Agreement.

    18.    As of August 20, 2012 there is a total of 70,761 Claims received either by mail, phone, or online filing. The breakdown of these Claims is as follows:

- There are 6,728 duplicate Claims.
- There are 409 deficient claims.
- There are 44 late claims.
- There are 7 rescinded claims.
- The number of valid claims submitted to date is 63,573.

    19.    I understand the claims are to be paid from the Settlement Fund. I also understand the Settlement Fund will be used for paying Notice and Administrative Expenses, attorneys' fees and costs, Class Representatives' Awards, and other expenses, all as approved by the Court. The Settlement Fund will be used to pay Class Members that file approved claims $40.00 per approved Class Member claim

1    (unless the amount of approved claims exceeds the Fund, and then the claims will be paid on a *pro rata*
2    basis).

3    20.    The post-mark deadline for submitting a Request for Exclusion was August 16, 2012. To
4    date, Gilardi has received 70 timely Requests for Exclusion. True and correct copies of the Requests for
5    Exclusion Gilardi received are attached hereto as Exhibit F. Of the 70 exclusions received, eleven cannot
6    be identified as a known class member in this settlement.

7    21.    The deadline to file objections with the Court was August 16, 2012, ten days after the
8    Claims Deadline. To date, Gilardi has received 6 objections to the Settlement. True and correct copies of
9    objections Gilardi received are attached hereto as Exhibit G. Of the 6 objections received, one cannot be
10   identified as a known class member in this settlement.  That person is P.C. Holland.

11   22.    I have submitted an invoice to Class Counsel which includes all of Gilardi's costs and
12   services rendered in this case through the completion of the claims administration. That amount is
13   $2,549,120.99. This is the total amount we are seeking to be paid pursuant to the Settlement Agreement
14   for Notice and Claims Administration. There have been some payments made to date by AllianceOne, as
15   reflected on the invoice.  Attached hereto is a true and correct copy of the anticipated final invoice for a
16   total cost of notice and claims administration of $2,549,120.99 as Exhibit H.

17   I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of
18   August, 2012, at San Rafael, California pursuant to the laws of the United States.

_____
TRICIA M. SOLORZANO