Mary Margaret Smith
2112 Hillcrest Street
Fort Worth, TX 76107
(817) 584-2332

Eric B. Nelson
1448 Hornblend Street, Apt. A
San Diego, CA 92109
(760) 525-5395

Objectors in Pro Se

**FILED**
OCT 26 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

**VIA FAX**

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA M. ADAMS, et al. on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ALLIANCEONE, INC. <br><br> Defendant. | Case No. 3:08-cv-0248-JAH-WVG <br><br> **JOINT NOTICE OF APPEAL** |

Notice is hereby given that MARY MARGARET SMITH and ERIC B. NELSON, Objectors, hereby jointly appeal to the United States Court of Appeals for the Ninth Circuit from the Order (1) Granting Joint Motion for Final Approval of Class Action Settlement [Dkt No. 116]; (2) Granting Class Counsel's Motion for Attorneys' Fees, Costs, and Service Awards [Dkt No. 115], entered in this action on September 28, 2012.

[Signatures on following page]

| | | |
|---|---|---|
| 1 | Dated: October 24th, 2012 | By: _____ |
| 2 | | Mary Margaret Smith |
| | | Objector Pro Se |

| | | |
|---|---|---|
| 6 | Dated: October 25, 2012 | By: _____ |
| 7 | | Eric B. Nelson |
| | | Objector Pro Se |

**Adams v. Allianceone**
**Case No. 08-cv-0248 JAH(WVG)**

### DECLARATION OF SERVICE
### UNITED STATES OF AMERICA, STATE OF CALIFORNIA

I, Maria V. Carapia, declare that I am over the age of eighteen (18) and I am not a party to this action. On October 26, 2012, I caused to be served the following:

**Joint Notice of Appeal**

on the interested parties:

**SEE ATTACHED SERVICE LIST**

by placing a copy in a postage prepaid envelope to each of the addressees named on the attached Service List and depositing each in the U.S. Mail on the above indicated day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 26, 2012, at Solana Beach, California.

_____
Maria V. Carapia

DECLARATION OF SERVICE

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | |
| 3 | **COURT**<br>Office of the Clerk<br>USDC Southern District of California<br>880 Front Street, Suite 4290<br>San Diego, CA 92101-8900 |
| 4 | |
| 5 | |
| 6 | **CLASS COUNSEL**<br>Robert L. Hyde<br>Joshua B. Swigart<br>Hyde & Swigart<br>411 Camino del Rio South, Suite 301<br>San Diego, CA 92108 |
| 7 | |
| 8 | |
| 9 | |
| 10 | Douglas J. Campion<br>Law Offices of Douglas J. Campion<br>409 Camino del Rio South, Suite 303<br>San Diego, CA 92108 |
| 11 | |
| 12 | |
| 13 | **DEFENSE COUNSEL**<br>Hugh A. McCabe<br>Alan B. Graves<br>Neil Dymott Frank McFall & Trexler<br>1010 Second Avenue, Suite 2500<br>San Diego, CA 92101 |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

DECLARATION OF SERVICE