```
 1  Mary Margaret Smith
    2112 Hillcrest Street
 2  Fort Worth, TX 76107
    (817) 584-2332
 3
    Eric B. Nelson
 4  1448 Hornblend Street, Apt. A
    San Diego, CA 92109
 5  (760) 525-5395
 6  Objectors in Pro Se
```

FILED

12 OCT 29 PM 4:31

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY  Kem    DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**VIA FAX**

| | |
|---|---|
| CHRISTINA M. ADAMS, et al. on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIANCEONE, INC.<br><br>Defendant. | Case No. 3:08-cv-0248-JAH-WVG<br><br>**JOINT AMENDED NOTICE OF APPEAL** |

Notice is hereby given that objecting class members MARY MARGARET SMITH and ERIC B. NELSON, Objectors, hereby jointly amend their October 26, 2012 notice of appeal [Dkt. No. 141], currently docketed at the United States Court of Appeals for the Ninth Circuit. In addition to the already pending appeal from the Order (1) Granting Joint Motion for Final Approval of Class Action Settlement [Dkt No. 116] and (2) Order Granting Class Counsel's Motion for Attorneys' Fees, Costs, and Service Awards [Dkt No. 115], both entered in this action on September 28, 2012, Ms. SMITH and Mr. NELSON are also appealing from the Order (1) Granting Joint Motion for Final Approval of Class Action Settlement [Dkt. No. 116]; (2) Granting Class Counsel's Motion for Attorneys' Fees, Costs, And Service Awards [Dkt. No.115], entered in this action on September 28, 2012

[Signatures on following page]

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 29, 2012 | By: _/s/ Mary Margaret Smith_ |
| 3 | | Mary Margaret Smith |
| | | Objector Pro Se |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | Dated: October 29, 2012 | By: _/s/ Eric B. Nelson_ |
| | | Eric B. Nelson |
| 8 | | Objector Pro Se |

Adams v. Allianceone
Case No. 08-cv-0248 JAH(WVG)

**VIA FAX**

DECLARATION OF SERVICE
UNITED STATES OF AMERICA, STATE OF CALIFORNIA

I, Maria V. Carapia, declare that I am over the age of eighteen (18) and I am not a party to this action. On October 29, 2012, I caused to be served the following:

**Joint Amended Notice of Appeal**

on the interested parties:

**SEE ATTACHED SERVICE LIST**

by placing a copy in a postage prepaid envelope to each of the addressees named on the attached Service List and depositing each in the U.S. Mail on the above indicated day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 29, 2012, at Solana Beach, California.

Maria V. Carapia

DECLARATION OF SERVICE

## SERVICE LIST

1

2

3 **COURT**
Office of the Clerk
USDC Southern District of California
4 880 Front Street. Suite 4290
San Diego, CA 92101-8900
5

6 **CLASS COUNSEL**
Robert L. Hyde
7 Joshua B. Swigart
Hyde & Swigart
8 411 Camino del Rio South, Suite 301
San Diego, CA 92108
9

Douglas J. Campion
10 Law Offices of Douglas J. Campion
409 Camino del Rio South, Suite 303
11 San Diego, CA 92108

12

**DEFENSE COUNSEL**
13 Hugh A. McCabe
Alan B. Graves
14 Neil Dymott Frank McFall & Trexler
1010 Second Avenue, Suite 2500
15 San Diego, CA 92101

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF SERVICE