Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

**LAW OFFICES OF DOUGLAS J. CAMPION**
Douglas J. Campion, Esq, (SBN: 75381)
doug@djcampion.com
409 Camino Del Rio South, Suite 303
San Diego, CA 92108
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

Attorneys for the Plaintiffs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christina M. Adams, Sarah Gabany, and Michael Messner, on Behalf of Themsleves and All Others Similarly Situated<br><br>Plaintiffs,<br>v.<br>AllianceOne Receivables Management, Inc.,<br><br>Defendant. | Case No: 08-CV-0248 JAH(WVG)<br><br>**CLASS ACTION**<br><br>**NOTICE OF CLASS PLAINTIFFS' MOTION FOR APPEAL BOND**<br><br>**Date: December 17, 2012**<br>**Time: 2:30 p.m.**<br>**Crtrm: 11**<br><br>**Judge: Hon. John A. Houston** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on December 17, 2012 at 2:30 p.m. at the U.S. District Court, 940 Front Street, San Diego, CA 92101 before the Hon. John A. Houston, Courtroom 10, Plaintiffs will move the Court to order Objectors Smith, Nelson, and Morgan to post an appeal bond.

Respectfully submitted,

**HYDE & SWIGART**

Date: November 8, 2012                By: _/s Joshua B. Swigart_____
                                          Joshua B. Swigart
                                          Attorneys for Plaintiffs

**LAW OFFICES OF DOUGLAS J. CAMPION**

Date: November 8, 2012                By: _Douglas J. Campion_____
                                          Douglas J. Campion
                                          Attorneys for Plaintiffs