Hugh A. McCabe, SBN 131828
Alan B. Graves, SBN 243076
NEIL, DYMOTT, FRANK,
    MCFALL & TREXLER
A Professional Law Corporation
1010 Second Avenue, Suite 2500
San Diego, CA 92101-4959
P 619.238.1712
F 619.238.1562

Attorneys for Defendant
ALLIANCEONE RECEIVABLES MANAGEMENT, INC.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA M. ADAMS, SARAH GABANY ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>            Plaintiffs,<br><br>v.<br><br>ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,<br><br>            Defendant. | CASE NO.: 08-CV-0248 JAH(WVG)<br><br>CLASS ACTION<br><br>DEFENDANT ALLIANCEONE RECEIVABLES MANAGEMENT, INC.'S JOINDER TO CLASS COUNSEL'S NOTICE AND MOTION FOR APPEAL BOND<br><br>Date:  December 17, 2012<br>Time:  2:30 p.m.<br>Ctrm:  11<br><br>THE HON. JOHN A. HOUSTON |

///

///

1  Defendant, ALLIANCEONE RECEIVABLES MANAGEMENT, INC., hereby joins
2  Class Counsel's Notice of Class Plaintiffs' Motion for Appeal Bond.

**NEIL, DYMOTT, FRANK, MCFALL & TREXLER**

/s/ Hugh McCabe
Hugh A. McCabe, Esq.

Counsel for Defendant