Joseph Darrell Palmer (SBN 125147)
Email: darrell.palmer@palmerlegalteam.com
Law Offices of Darrell Palmer
603 North Highway 101, Ste A
Solana Beach, California 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655

Attorney for Objectors Eric B. Nelson, Mary M. Smith and Gordon B. Morgan

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA M. ADAMS, et al. on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIANCEONE, INC.<br><br>Defendant. | Case No. 3:08-cv-0248-JAH-WVG<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR GORDON B. MORGAN** |

**PLEASE TAKE NOTICE** that Joseph Darrell Palmer, a member of the Bar of this Court, hereby appears as Counsel for Objector Gordon B. Morgan s and requests that all future papers or pleadings be served via electronic service through the CM/ECF system.

LAW OFFICES OF DARRELL PALMER

Dated:   December 4, 2012          By: ____/s/ Joseph Darrell Palmer_____
                                            Joseph Darrell Palmer
                                            Attorney for Objectors/Appellants Eric B. Nelson,
                                            Mary Margaret Smith and Gordon B. Morgan

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2012, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Southern District of California by using the USDC CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the USDC CM/ECF system.


     /s/ Joseph Darrell Palmer
Joseph Darrell Palmer
Attorney for Objectors