Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
(619) 233-7770
(619)  297-1022

Douglas J. Campion, Esq. (SBN: 75381)
doug@djcampion.com
**LAW OFFICES OF DOUGLAS J. CAMPION**
409 Camino Del Rio South, Suite 303
San Diego, CA 92108
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christina M. Adams, Sarah Gabany, and Michael Messner, on Behalf of Themsleves and All Others Similarly Situated<br><br>Plaintiffs,<br>v.<br>AllianceOne Receivables Management, Inc.,<br><br>Defendant. | Case No: 08-CV-0248 JAH(WVG)<br><br>CLASS ACTION<br><br>**DECLARATION OF JOSHUA B. SWIGART IN SUPPORT OF CLASS PLAINTIFFS' REPLY MOTION FOR APPEAL BOND**<br><br>**[ORAL ARGUMENT REQUESTED]**<br><br>Date: December 17, 2012<br>Time: 2:30 p.m.<br>Crtrm: 11<br><br> Judge: Hon. John A. Houston |

I, Joshua B. Swigart, declare as follows:

1. I am a member of the law firm of Hyde & Swigart, counsel of record for Plaintiffs in this matter. I am a member in good standing of the bar of the State of California. I respectfully submit this declaration in support of Class Plaintiffs' Reply brief in Support of Motion for Appeal Bond. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2. Attached hereto as Ex. A is the transcript for the Final Approval Hearing in Arthur v. Sallie Mae, Inc., C10-198 JLR (W.D. Wash. 2012). Of particular import are the first 18 pages which deal with attorney Palmer.

3. Attached hereto as Ex. B is a true and correct copy of the Memorandum Opinion and Order in the case of *In re: Uponor, Inc.*, (Minn. Sept. 11, 2012) where the Court found Darrell Palmer to have evidenced bad faith and vexatious conduct, as Palmer's objectors were not even class members, yet he appeared and filed an appeal.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct, and that this declaration was executed on December, 10, 2012, in San Diego, California.

By: /s Joshua B. Swigart
Joshua B. Swigart