UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA M. ADAMS, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANCEONE, INC.,<br><br>Defendant. | Civil No. 08CV0248 JAH (WVG)<br><br>**ORDER VACATING HEARING DATE** |

After a review of the pleadings presented in support of, and in opposition to, the motion for appeal bond [doc. # 148], this Court deems the motion suitable for disposition without oral argument. *See* CivLR 7.1(d.1). Accordingly, IT IS HEREBY ORDERED that the date of December 17, 2012 set for hearing the motion for appeal bond is **VACATED**. This Court will issue its written ruling on the motion in due course.

DATED: December 11, 2012

JOHN A. HOUSTON
United States District Judge