LANG, HANIGAN & CARVALHO, LLP
Timothy R. Hanigan (State Bar No. 125791)
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
(818) 883-5644

ATTORNEYS FOR OBJECTOR
GORDON B. MORGAN

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christina M. Adams, Sarah Gabany, And Michael Messner, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AllianceOne Receivables Management, Inc.,<br><br>Defendant. | Case No: 08-CV-0248 JAH(WVG)<br><br><br>NOTICE OF APPEARANCE OF COUNSEL<br><br><br><br>Judge: Hon. John A. Houston |

PLEASE TAKE NOTICE THAT Timothy R. Hanigan with LANG, HANIGAN & CARVALHO, LLP, located at 21550 Oxnard Street, Suite 760, Woodland Hills, California 91367 hereby enters his appearance in the above-captioned matter as counsel on behalf of movant-objector Gordon B. Morgan.

Dated: December 20, 2012

                                           LANG, HANIGAN & CARVALHO, LLP

                         By: _____
                                          Timothy R. Hanigan
                                          Attorneys for Objector Gordon B. Morgan

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system thus effectuating service of such filing all ECF registered attorneys in this case. I further certify that I caused the foregoing document to be sent via first class mail to the following participants, at the addresses listed below:

Mary Margaret Smith
2112 Hillcrest Street
Fort Worth, TX 76107

_____
Timothy R. Hanigan