Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

**LAW OFFICES OF DOUGLAS J. CAMPION**
Douglas J. Campion, Esq, (SBN: 75381)
doug@djcampion.com
409 Camino Del Rio South, Suite 303
San Diego, CA 92108
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

Attorneys for the Plaintiffs

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christina M. Adams, Sarah Gabany, and Michael Messner, on Behalf of Themsleves and All Others Similarly Situated<br><br>                Plaintiffs,<br>   v.<br>AllianceOne Receivables Management, Inc.,<br><br>                Defendant. | Case No: 08-CV-0248 JAH(WVG)<br><br>**CLASS ACTION**<br><br>**NOTICE OF CLASS PLAINTIFFS' MOTION TO STIRKE OBJECTION OF GORDON B. MORGAN [DKT. NO. 123] AND NOTICE OF APPEAL BY GORDON B. MORGAN [DKT. NO. 138]**<br><br>[ORAL ARGUMENT REQUESTED]<br><br>Date: February 4, 2013<br>Time: 2:30 p.m.<br>Crtrm: 11<br><br>**Judge: Hon. John A. Houston** |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that on January __, 2013 at 2:30 p.m. at the U.S. District Court,
3  940 Front Street, San Diego, CA 92101 before the Hon. John A. Houston, Courtroom 10,
4  Plaintiffs will move the Court for an order striking the improperly signed and filed objection by
5  Gordon Morgan, Dkt. No. 123] for violations of F.R.C.P. 11(a).

Respectfully submitted,

**HYDE & SWIGART**

Date: December 27, 2012         By:  /s Joshua B. Swigart_____
                                Joshua B. Swigart
                                Attorneys for Plaintiffs


**LAW OFFICES OF DOUGLAS J. CAMPION**

Date: December 27, 2012         By: Douglas J. Campion_____
                                Douglas J. Campion
                                Attorneys for Plaintiffs