
FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 04 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRISTINA M. ADAMS; et al., | No. 12-56957 |
| Plaintiffs - Appellees, | D.C. No. 3:08-cv-00248-JAH-WVG |
| v. | Southern District of California, San Diego |
| GORDON B. MORGAN, | |
| Objector - Appellant, | ORDER |
| v. | |
| ALLIANCEONE, INC.; et al., | |
| Defendants - Appellees. | |

Appellant's motion to dismiss this appeal is granted.  Fed. R. App. P. 42(b).

The parties shall bear their own costs, fees and expenses on appeal.

The assessment/settlement conference previously scheduled for February 6,

2013, is canceled.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:


By: Peter W. Sherwood
Circuit Mediator

PWS/Mediation