

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 05 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRISTINA M. ADAMS; et al., <br><br>    Plaintiffs - Appellees, <br><br>  v. <br><br> MARY MARGARET SMITH; et al., <br><br>    Objectors - Appellants, <br><br>  v. <br><br> ALLIANCEONE, INC.; et al., <br><br>    Defendants - Appellees. | No. 12-56970 <br><br> D.C. No. 3:08-cv-00248-JAH-WVG <br> Southern District of California, San Diego <br><br> ORDER |

Appellants' motion for voluntary dismissal of this appeal under Federal Rule of Appellate Procedure 42(b) is granted. A copy of this order shall act as and for the mandate of this court.

> For the Court:
> MOLLY C. DWYER
> Clerk of the Court
>
>
> Alihandra M. Totor
> Deputy Clerk
> Ninth Circuit Rules 27-7 and 27 10

amt/Pro Mo 04Feb2013